# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: |

## DECLARATION OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs") in the originating case *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

2. I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiff's MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA filed herewith.

3. I am authorized to practice law in Hawaii, District of Columbia, Virginia and *pro hac vice* in the District of New Jersey for the originating case.

4. The originating case was filed in the District of New Jersey against Defendants RCN TELECOM SERVICES, LLC and RCN TELECOM SERVICES OF MASSACHUSETTS, LLC

1

(collectively, "RCN").

5. Plaintiffs are the owners of the copyrights to motion pictures ("Works").

6. RCN is an Internet service provider ("ISP") and part of a group of ISPs (Grande, Wave, RCN) that are managed by the same group in Princeton, NJ under the brand Astound that operates from coast to coast in about 12 states (from Massachusetts to California and including Texas in the southwest).

7. On Nov. 15, 2022, Plaintiffs filed a First Amended Complaint ("FAC") against RCN alleging *inter alia* that RCN is secondarily liable for RCN's subscribers' infringements of copyrights in Plaintiffs' Works and violations of the integrity of copyright management information ("CMI") in digital copies of Plaintiffs' Works ("DMCA violations"). The FAC is the operative pleading.

8. The FAC alleges that RCN's subscribers pirated Plaintiffs' Works thousands of times by sharing illegitimate file copies of the Works with CMI modified to refer to notorious movie piracy websites. The FAC further alleges that Plaintiffs' agents as well as agents of other copyright holders sent RCN thousands of notices informing of its subscribers' ongoing piracy but RCN took no meaningful action in response to the notices.

9. On Nov. 29, 2022, RCN filed a motion to dismiss in which it asserted: "Plaintiffs do not allege that RCN has any ability to determine what files are stored on the computers and devices people use on its network, or whether there are any file-sharing programs running on those devices."

10. In an opinion date Oct. 11, 2022, the Court denied RCN's motion to dismiss Plaintiffs' secondary liability claims against RCN. In the opinion, the Court noted that Plaintiffs' allegations that the ability of RCN's subscribers to use the service for infringement without consequence acts

as a powerful draw for subscribers of Defendants' service support the direct interest prong for vicarious copyright infringement. *See Bodyguard Prods. v. RCN Telecom Servs.*, LLC, Civ. A. 3:21-cv-15310 (GC) (TJB), 2022 U.S. Dist. LEXIS 185965, at *30 (D.N.J. Oct. 11, 2022).

11. On Oct. 25, 2022, RCN filed an Answer and Affirmative Defenses to the FAC where it *inter alia*: (i) denied that it could control the conduct of its subscribers or that it monitored or controlled the conduct of its subscribers; and (ii) asserted that Plaintiffs' claims were barred because "it adopted and reasonably implemented…subscribers…of a policy that provides for the termination of internet service in appropriate circumstances of subscribers and account holders alleged to be repeat copyright infringers." (RCN Answer at 132-137 and 7).

12. On Jan. 7, 2023, I sent a subpoena to Reddit requesting "Basic account information including IP address registration and logs from 1/1/2016 to present, name, email address and other account registration information for users: "ben125125"; "SquattingCroat"; "Griffdog21"; "aromaticbotanist"; "ChikaraFan"; "compypaq"; "dotsamantha"; "ilikepie96mng"; and "matt3324"." I served a copy of the subpoena and notice of the subpoena on counsel for RCN that same day. I have attached a true and accurate copy of the first and relevant page of the subpoena as Exhibit "1".

13. On Jan. 17, 2023, Reddit's counsel emailed me objections to the Subpoena on Plaintiffs' counsel. In the objections, Reddit stated that it would notify the users at issue to give them an opportunity to object to the subpoena. I have attached a true and accurate copy of the Jan. 17, 2023 objection as Exhibit "2".

14. On Jan. 18, 2023, Reddit's counsel and I conferred on Reddit's objections by telephone. Ahead of the conversation, I emailed Reddit's counsel screenshots of comments made by the Reddit users. I have attached a true and accurate copy of these screenshots as Exhibit "3".

15. On Feb. 3, 2023, Reddit's counsel provided a response that only included basic subscriber information for "ben125125" and a cover letter asserting that "…the requests for identifying information associated with the additional eight accounts are more in the nature of a fishing expedition and are neither relevant nor permissible under the First Amendment." I have attached a true and accurate copy of the cover letter as Exhibit "4".

16. I am informed and believe that Reddit's headquarters is in the Northern District of California. Reddit's counsel and I agreed via email that this discovery dispute should be filed in the Northern District of California.

17. The post from SquattingCroat shown in Exhibit "3" is in same comment thread in which "ben125125" mentions RCN.

DATED: Kailua-Kona, Hawaii, Feb. 5, 2023.

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com