**Exhibit "1"**

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| BODYGUARD PRODUCTIONS, INC., ET AL. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-15310-FLW-TJB |
| RCN TELECOM SERVICES OF MASSACHUSETTS, LLC, ET AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Reddit, Inc., Agent: Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA, 95833

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Basic account information including IP address registration and logs from 1/1/2016 to present, name, email address and other account registration information for users: "ben125125"; "SquattingCroat"; "Griffdog21"; "aromaticbotanist"; "ChikaraFan"; "compypaq"; "dotsamantha"; "ilikepie96mng"; and "matt3324".

| Place: via email: kculpepper@culpepperip.com; Kerry Culpepper c/o Clinton Firm, 5515 Pacific St., #2954, Rocklin, CA 95677-8455 | Date and Time: 01/23/2023 1:14 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/07/2023

CLERK OF COURT

OR

_____   /s/ Kerry S. Culpepper
*Signature of Clerk or Deputy Clerk*       *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* BODYGUARD PRODUCTIONS, INC.; et al , who issues or requests this subpoena, are:

Kerry S. Culpepper, 75-170 Hualalai Rd, Ste B204, Kailua Kona, HI 96740; 8084644047; kculpepper@culpepperip.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).