
**Exhibit "2"**

# PerkinsCoie

700 13th Street, NW  
Suite 800  
Washington, D.C. 20005-3960

T. +1.202.654.6200  
F. +1.202.654.6211  
PerkinsCoie.com

January 17, 2023

John K. Roche  
JRoche@perkinscoie.com  
D. +1.202.434.1627  
F. +1.202.654.6211

**VIA EMAIL**

Kerry Culpepper  
Culpepper IP, LLC  
75-170 Hualalai Road, Suite B204  
Kailua Kona, HI 96740  
808-464-4047  
kculpepper@culpepperip.com

Re: **Bodyguard Productions, Inc. v. RCN Telecom Services of Massachusetts, LLC, et al., No. 3:21-cv-15310 (D.N.J.)**

Dear Kerry:

We represent Reddit, Inc. ("Reddit") and write regarding the subpoena issued to Reddit in the above-referenced matter. Reddit objects to the subpoena for the reasons below. Please contact me to meet and confer regarding Reddit's objections.

First, all discovery requests must be relevant to a claim or defense, proportional to the needs of the case, and not a mere fishing expedition. *See, e.g.*, FED. R. CIV. P. 26(b)(1); *United States v. UBS Securities LLC*, No. 1:18-CV-6369 (RPK)(PK), 2020 WL 7062789, at *3 (E.D.N.Y. Nov. 30, 2020) ("The party seeking discovery must make a *prima facie* showing that the discovery sought is more than merely a fishing expedition."). Reddit therefore objects to the requests for information regarding nine different accounts, including over seven years of IP logs and unspecified "other account registration information," without a further understanding of the relevance of these requests to the claims or defenses in this case and the meaning of the phrase "other account registration information".

Second, Reddit objects to the subpoena to the extent it implicates the First Amendment right to anonymous speech. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, No. 20-mc-80214-VC, 2022 WL 2205476, at *2 (N.D. Cal. June 21, 2022) ("the ability to speak anonymously on the Internet promotes the robust exchange of ideas and allows individuals to express themselves freely without 'fear of economic or official retaliation ... [or] concern about social ostracism.'") (quoting *In re Anonymous Online Speakers*, 661 F.3d 1168, 1173 (9th Cir. 2011)). "[W]hen adjudicating a subpoena or other request for compelled disclosure that would reveal the identity of an anonymous speaker, a court should (1) notify the speaker and provide them with an opportunity to (anonymously) defend their anonymity; (2) require the party seeking disclosure to make a prima facie showing on the merits of their claim; and (3) balance the equities, weighing

Page 2

the potential harm to the party seeking disclosure against the speaker's interest in anonymity, in light of the strength of the underlying claim." *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 2022 WL 2205476, at *3. Reddit objects to the subpoena to the extent it implicates the First Amendment right to anonymous speech and these steps have not occurred.

Finally, the federal rules require that all parties be served with a copy of a subpoena that commands the production of documents or electronically stored information. *See* Fed R. Civ. P. 45(a)(4). Consistent with Rule 45, and to the extent the First Amendment is implicated by the subpoena, it is Reddit's policy to notify users of any demands for their account records. Assuming all other objections can be resolved, Reddit will not produce any records until the users have received adequate notice and an opportunity to object to the subpoena. *See In re DMCA § 512(h) Subpoena to Twitter, Inc.*, 2022 WL 2205476, at *3 (requiring notice to the user).

Please contact me if you have any questions or would like to discuss this matter. In the meantime, Reddit does not waive and expressly reserves all available rights and objections.

Sincerely,

John Roche