Exhibit "3"



ben125125 · 11 mo. ago

Im also fairly sure that these emails are actually fairly useless. As in they will never actually kick you off at my house over the years i think we got about 5 with RCN and they still let us use there services

1   Share   Report   Save

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/

 SquattingCroat · 318d

I have received like 20 of these in the past couple of years from my provider, literally nothing ever happened. Just make sure it doesn't happen too often

... 1



[deleted] · 318d · 18 points



aromaticbotanist · 318d

I work for a national ISP. Stop seeding the torrent, inform your ISP that you've changed your wifi password and locked down your devices. The studio expects a "compliance response" from the ISP. In other words, they will hound you until you reply with something to the effect of "I did the thing" that they can reply to the lawyers with "we said the thing and they did the thing".

Use a VPN next time. Infringement notices tend to focus on seeding and recent releases (and anything from Paramount or any Batman ever for some reason).

7



iloveasteaksauce OP · 318d

Hell I'm not even they knowledgeable about torrents and seeding. It was just an app on an old phone and it actually worked when my neighbor used it. But I will get the phone and remove the app or make sure it's not sharing seeds. I'll email Comcast back and ket them know I've taken care of the issue

3



mad-tech · 318d

if you dont want to buy VPN, switch to DDL or



◀ Chrome  📶 📶    9:30 AM    84% 🔋

← r/cordcutters

⇧ 9 ⇩    💬 3    ↑ Share    🎁 Award

Kohler.com/SmartHome                     Learn More

**EL_Senor_Guapo** • 8y

This is going to be incredibly easy. If you plan on using public trackers such as pirate bay, kick ass torrents etc. GET A VPN SERVICE!!!!!!!!!!!!!!!!!! As long as you use a VPN you will have no issues. Personally I use Private Internet Access (PIA) .

⋯   ⇧ 2



**Kysersoze79** • 8y

I'll echo the group.

Either get on a private** torrent site, or use protection when using public torrent sites (ie, a VPN)

** Private here means something you need to get invited to, something that isn't a soft target like PB & KA, so the swarm is much less likely to being monitored by torrents monitors.

⋯   ⇧ 1



**ChikaraFan** • 8y

Seems extremely rare if ever. RCN seems fairly lax...no data caps.  I looked up before I switched and had little trouble.

⋯   ⇧ 1



**compypaq** · 2y

It's good for the price and it's great that they are giving Spectrum some competition.

I've had RCN in two different apartments. In my last apartment, the modem would need to be reset every once in a while, but always around the same time, or I would experience one-hour long outages, but they kept claiming their was nothing wrong from their end. In my current apartment, same modem, same router, everything works great, so there was obviously some wiring issue.

I do like when you call, you get through to them immediately, and the two times I needed them to come out for the install, they were early.

(I did briefly consider switching to Spectrum because of the RCN issues in my old apartment, but Spectrum refused to send out someone to do the install because a previous tenant had Spectrum, and they refused to believe that the wiring was no longer there. It wasn't. RCN hooked up their wire to the outlet. The RCN issues weren't bad enough for me to force the issue.)





**dotsamantha** · 2y

I have had RCN internet for a little over 2 years and



 ilikepie96mng • 318d

As someone who literally sends these to customers of our ISP, so long as you don't get more than 3-5 of them in a short time span, you can effectively throw it in the rubbish. That said, please always just use a VPN, it's just easier for you and your ISP.

 167

 QuestionableSpoon • 318d

Share more information please since you're someone on the inside lol.

 44

 ilikepie96mng • 318d

That's more or less all there is to it, use a VPN and it won't matter to you or I :)

 58

 Marleystar3 • 318d
Yarrr!

The I makes the :) looks like it has an eyebrow lol

 33

 killuminati-savage • 317d

does it matter if it's a "no log" vpn hosted in th US?



vpn

Griffdog21 • 318d

They bluff all the time. It's trying to scare you. I've had about 4 of these and nothing has ever happened. I believe you need to get like 5 in a couple days to be in trouble. Use a VPN next time and pirate away!



r/technology
u/matt3324 · 13y

Join

## An outrage - RCN now senses your User Agent and fakes a 404 page that looks like your native browser one (even when opted out) [Pics Inside]

I use RCN in NYC. A few weeks ago I noticed that whenever I went to a domain/subdomain that doesn't exist, I'd get RCN branded "search results" instead of my browser's 404 page. I didn't need this, so found and clicked the tiny link to opt out.

A few days ago I noticed that my browser 404 pages for non-resolving domains started to look a little different. I'd be redirected to this URL: http://www17.searchresults.rcn.com/not_found. They had an opt-in/out link at the bottom. Looking at the source, I realized that these weren't true 404 pages-- **They were RCN faking a 404 page that looks like your browser's native one based on your user agent!** Here's some screenshots:

Safari: http://imgur.com/tpurJ.jpg

Firefox: http://imgur.com/4gUHK.jpg

IE (by changing the Firefox useragent): http://imgur.com/LrhDO.jpg

Showing that I'm opted out: http://imgur.com/Oc6pB.jpg

and the opt-in "choices" page: http://imgur.com/a5Zmd.jpg

Am I the only one outraged at this?

