**Exhibit "4"**

# PERKINSCOIE

700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960

**☎** +1.202.654.6200
**🖨** +1.202.654.6211
PerkinsCoie.com

February 3, 2023

John K. Roche
JRoche@perkinscoie.com
D.  +1.202.434.1627
F.  +1.202.654.6211

**VIA EMAIL**

Kerry Culpepper
Culpepper IP, LLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
808-464-4047
kculpepper@culpepperip.com

**Re:    Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al., No. 3:21-cv-15310 (D.N.J.)**

Dear Kerry:

Following the expiration of Reddit's notice period and our discussions regarding the subpoena issued to Reddit, Inc. ("Reddit") in the above-referenced matter, please find enclosed non-content basic subscriber information for the username "ben125125" responsive to the subpoena.

For the reasons stated in Reddit's January 17th objections and as further described below, Reddit maintains its objections to the subpoena's remaining requests for identifying information associated with the eight additional accounts listed in the subpoena.

Reddit understands that plaintiffs believe all the subpoena's requests are relevant and unprotected by the First Amendment because they may identify witnesses who could support plaintiffs' allegations that defendant RCN monitors its subscribers' activities, but does not genuinely enforce its copyright policy, which encourages copyright infringers to use RCN's services. To that end, plaintiffs provided Reddit with examples of content posted by the accounts listed in the subpoena that plaintiffs believe support the relevance of their requests. Reddit has reviewed the examples provided by plaintiffs and continues to believe the requests for identifying information associated with the additional eight accounts are more in the nature of a fishing expedition and are neither relevant nor permissible under the First Amendment.

Specifically, the posts from "SquattingCroat", "aromaticbotanist", "ilikepie96mng" and "Griffdog21" do not appear to mention RCN at all.

The post from "ChikaraFan" mentions RCN, but is eight years old and therefore well beyond the three-year statute of limitations we understand applies in this matter. *See* 17 U.S.C. § 507(b). If a

Page 2

different statute of limitations applies, the post was still made before the January 1, 2016 date in the subpoena.

Similarly, the post from "matt3324" mentions RCN, but is thirteen years old. The post also does not appear to have anything to do with RCN's copyright enforcement.

Finally, the posts from "compypaq" and "dotsamantha" (the latter of which appears to be incomplete) also do not appear to have anything to do with RCN's copyright enforcement.

Accordingly, Reddit stands on its objections with respect to the eight additional accounts listed in the subpoena.

Sincerely,

John Roche