**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

In re Subpoena to:

Reddit, Inc.

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA**

**[proposed] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA**

Before the Court is the Motion of Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs") to compel third-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.  For GOOD CAUSE shown in Plaintiffs' memorandum in support of their Motion, Plaintiffs' Motion is hereby GRANTED.  Reddit shall file a response to the subpoena within 5 business days disclosing all the requested information for the users with the exception of Reddit user "dotsamantha" without any objections. Failure to comply with this Order may result in a finding of contempt of Court against Reddit, pursuant to Fed. R. Civ. P. 45(g).

Entered and dated at _____, California, this _____ day of _____, 2023.

BY THE COURT:

1