# IN THE SUPREME COURT OF HAWAI'I

In the Matter of

Kerry Steven Culpepper

Attorney at Law.

## CERTIFICATE OF STANDING

I, Jae Y. Lee, clerk of the Supreme Court of the State of Hawai'i, do hereby certify that Kerry Steven Culpepper is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai'i on November 05, 2012. This attorney's current status is active and is presently in good standing.

DATED: Honolulu, Hawai'i, June 16, 2022.

_____
Clerk, Supreme Court of Hawai'i