Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENA TO REDDIT, INC )
) Case No: 3:23-mc-80037-I
)
Plaintiff(s), ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
v. ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s). )

I, Kerry S. Culpepper, an active member in good standing of the bar of Hawaii, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: (See Continuation Sheet) in the above-entitled action. My local co-counsel in this case is Tobi Clinton, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 75-170 Hualalai Road, Suite B204<br>Kailua Kona, HI 96740 | 5515 Pacific St., #2954<br>Rocklin, CA 95677 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (808) 464-4047 | (650) 735-2137 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kculpepper@culpepperip.com | tclinton@clintonfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 9837.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/14/23

                                    Kerry S. Culpepper
                                         APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kerry S. Culpepper is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 14, 2023

                                    UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO:<br><br>REDDIT, INC. | Case No.: 3:23-mc-80037-LB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>**(CIVIL LOCAL RULE 11-3)** |

CONTINUATION SHEET

I, <u>Kerry S. Culpepper</u> an active member in good standing of the bar of <u>Hawaii</u>, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC.

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) – 3:23-MC-80037-LB
 CONTINUATION SHEET

# IN THE SUPREME COURT OF HAWAI‘I

In the Matter of

Kerry Steven Culpepper

Attorney at Law.

## CERTIFICATE OF STANDING

I, Jae Y. Lee, clerk of the Supreme Court of the State of Hawai‘i, do hereby certify that Kerry Steven Culpepper is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawai‘i on November 05, 2012. This attorney's current status is active and is presently in good standing.

DATED:   Honolulu, Hawai‘i, June 16, 2022.

_____
Clerk, Supreme Court of Hawai‘i