Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80037-LB<br>Hearing Date: March 23, 2023<br>Time: 9:30 AM<br>**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA** |
|---|---|

**NOTICE OF HEARING ON PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 23, 2023, at 9:30 a.m., the undersigned will appear before the Honorable Magistrate Judge Laurel Beeler of the United States District Court for the Northern District of California, and argue in favor of the Motion [Doc. #1] of Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

1  FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC,

2  NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V

3  PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE,

4  LLC for an order compelling third-party REDDIT, INC. ("Reddit") to fully produce documents in

5  response to Plaintiffs' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ

6  L.R. 37.  <u>The hearing will take place via zoom</u>.

7  DATED:       Kailua-Kona, Hawaii, Feb. 15, 2023.

                                                   Respectfully submitted,

                                                   **CULPEPPER IP, LLLC**

                                                   <u>/s/ Kerry S. Culpepper</u>
                                                   Kerry S. Culpepper, pro hac vice
                                                   *Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that by the methods of service noted below, a true and correct copy of the foregoing was served to the following at below date(s):

<u>Via First Class Mail</u>
John K. Roche, Counsel for Reddit
700 13th Street, NW
Suite 800
Washington, DC 20005-3960

<u>via email to:</u>
Hayden Schottlaender <HSchottlaender@perkinscoie.com>
Julie Schwartz <JSchwartz@perkinscoie.com>;
John K. Roche<JRoche@perkinscoie.com>

DATED:   Kailua-Kona, Hawaii, Feb. 15, 2023.

/s/ Kerry S. Culpepper
Kerry S. Culpepper, pro hac vice
*Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3