Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80037-LB<br>Hearing Date: March 23, 2023<br>Time: 9:30 AM<br>**NOTICE OF ERRATA IN MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA; CORRECTED MOTION** |

**NOTICE OF ERRATA IN PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA**

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC notify the court of two errors in their Motion [Doc. #1] for an order

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

compelling third-party REDDIT, INC.  In paragraph 1, the correct date of filing of the First Amended Complaint is Nov. 15, 2021 (not 2022).  In paragraph 3, the correct date RCN filed its motion to dismiss is Nov. 29, 2021 (not 2022).  Plaintiffs have filed a corrected version of the Motion.

DATED: Kailua-Kona, Hawaii, Feb. 18, 2023.

                          Respectfully submitted,

                          **CULPEPPER IP, LLLC**

                          */s/ Kerry S. Culpepper*
                          Kerry S. Culpepper, pro hac vice
                          *Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that by the methods of service noted below, a true and correct copy of the foregoing was served to the following at below date(s):

<u>Via First Class Mail</u>
John K. Roche, Counsel for Reddit
700 13th Street, NW
Suite 800
Washington, DC 20005-3960

<u>via email to:</u>
Hayden Schottlaender <HSchottlaender@perkinscoie.com>
Julie Schwartz <JSchwartz@perkinscoie.com>;
John K. Roche<JRoche@perkinscoie.com>

DATED:        Kailua-Kona, Hawaii, Feb. 18, 2023.

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper, pro hac vice
*Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3