Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice forthcoming*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80037<br>Hearing Date: TBD<br>Time: TBD<br>**PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT
TO RESPOND TO SUBPOENA**

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs"), by and through their counsel, move this Court to grant an

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

order: compelling third-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena.  This Motion is pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37.  Plaintiffs' counsel Kerry Culpepper certifies that he met and conferred with counsel for Reddit in a good faith effort to resolve this dispute pursuant to Civ L.R. 37-1(a).

## MEMORANDUM

### I.      BRIEF FACTUAL AND PROCEDURAL HISTORY

1.      On Nov. 15, 2021, Plaintiffs filed a First Amended Complaint ("FAC") against Defendants RCN TELECOM SERVICES, LLC and RCN TELECOM SERVICES OF MASSACHUSETTS, LLC (collectively, "RCN") alleging *inter alia* that RCN is secondarily liable for RCN's subscribers' infringements of copyrights in Plaintiffs' motion pictures ("Works") and violations of the integrity of copyright management information ("CMI") in digital copies of Plaintiffs' Works ("DMCA violations").  The FAC is the operative pleading.

2.      The FAC alleges that RCN's subscribers pirated Plaintiffs' Works thousands of times by sharing illegitimate file copies of the Works with CMI modified to refer to notorious movie piracy websites.  The FAC further alleges that Plaintiffs' agents as well as agents of other copyright holders sent RCN thousands of notices informing of its subscribers' ongoing piracy but RCN took no meaningful action in response to the notices.

3.      On Nov. 29, 2021, RCN filed a motion to dismiss in which it asserted: "Plaintiffs do not allege that RCN has any ability to determine what files are stored on the computers and devices people use on its network, or whether there are any file-sharing programs running on those devices."

4.      In an opinion date Oct. 11, 2022, the Court denied RCN's motion to dismiss Plaintiffs' secondary liability claims against RCN.  In the opinion, the Court noted that Plaintiffs' allegations that the ability of RCN's subscribers to use the service for infringement without consequence acts

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

as a powerful draw for subscribers of RCN's service support the direct interest prong for vicarious copyright infringement.  *See Bodyguard Prods. v. RCN Telecom Servs.*, LLC, Civ. A. 3:21-cv-15310 (GC) (TJB), 2022 U.S. Dist. LEXIS 185965, at *30 (D.N.J. Oct. 11, 2022).

5.      On Oct. 25, 2022, RCN filed an Answer and Affirmative Defenses to the FAC where it *inter alia*: (i) denied that it could control the conduct of its subscribers or that it monitored or controlled the conduct of its subscribers; and (ii) asserted that Plaintiffs' claims were barred because "it adopted and reasonably implemented…subscribers…of a policy that provides for the termination of internet service in appropriate circumstances of subscribers and account holders alleged to be repeat copyright infringers."  (RCN Answer at 132-137 and 7).

6.      On Jan. 7, 2023, Plaintiffs sent a subpoena to Reddit requesting "Basic account information including IP address registration and logs from 1/1/2016 to present, name, email address and other account registration information for users: "ben125125"; "SquattingCroat"; "Griffdog21"; "aromaticbotanist"; "ChikaraFan"; "compypaq"; "dotsamantha"; "ilikepie96mng"; and "matt3324"." *See* Ex. "2".  The subpoena was noticed to RCN that same day.

7.      On Jan. 17, 2023, Reddit's counsel served objections to the subpoena on Plaintiffs' counsel.  In the objections, Reddit stated that it would notify the users at issue to give them an opportunity to object to the subpoena.  *See* Ex. "2".

8.      On Jan. 18, 2023, Plaintiffs' counsel and Reddit's counsel conferred on Reddit's objections by telephone.  Plaintiffs' counsel shared screenshots of comments made by the Reddit users with Reddit's counsel ahead of the conference.  *See* Ex. "3".

9.      On Feb. 3, 2023, Reddit provided a response that only included basic subscriber information for "ben125125" and asserted that "…the requests for identifying information associated with the additional eight accounts are more in the nature of a fishing expedition and are neither relevant nor permissible under the First Amendment."  Ex. "4".

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

10.     Reddit and Plaintiffs' counsel agreed that this dispute should be filed in the Northern District of California.

## II.     LEGAL STANDARD

11.     Fed. R. Civ. P. 26(b)(1) states "Parties may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense and proportional to the needs of the case…Information within this scope of discovery need not be admissible in evidence to be discoverable."

12.     Fed. R. Civ. P. 34(c) states "As provided in Rule 45, a nonparty may be compelled to produce documents…"

13.     Fed. R. Civ. P. 45(a)(1)(D) provides for a party to serve subpoenas to produce documents on third-parties.  Fed. R. Civ. P. 45(d)(2)(i) provides that "At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection."

14.     On a motion to compel compliance with a Rule 45 subpoena, the Local Rules require a party to "detail the basis for the party's contention that it is entitled to the requested discovery and show how the proportionality and other requirements of Fed. R. Civ. P. 26(b)(2) are satisfied." N.D. Cal. Civ. L.R. 37-2. The court has discretion to determine whether to grant a motion to compel. *See Garrett v. City & Cnty. of San Francisco*, 818 F.2d 1515, 1519 (9th Cir. 1987).

## III.     ARGUMENT

### A.  *The discovery requested is relevant and proportional to the needs of the case.*

15.     The evidence Plaintiff requests from Reddit in the Rule 45 subpoena is clearly relevant and proportional to the needs of the case.  The Reddit user comments can be placed within three categories of relevant evidence: (i) Comments that establish that RCN has not reasonably implemented a policy for terminating repeat infringers sufficient for a safe harbor affirmative

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

defense as required by 17 U.S.C. §512; (ii) Comments that establish that RCN controls the conduct of its subscribers and monitors its subscribers' access; and (iii) Comments that establish that the ability to freely pirate without consequence was a draw to becoming a subscriber of RCN.

16.     In a discussion thread about RCN's DMCA policy, ChikaraFan states that "RCN seems fairly lax…I looked up before I switched and had little trouble". Ex. "3" at p.4. ChikaraFan's statement fits into category (iii) because it supports Plaintiffs' assertion in the FAC that the ability to pirate copyrighted content without any consequences is a draw for becoming an RCN subscriber. ChikaraFan's statement also fits into category (i) because it supports Plaintiffs' position that RCN does not have an effective policy for terminating repeat infringers.

17.     Reddit argues that "The post from "ChikaraFan" mentions RCN, but is eight years old and therefore well beyond the three-year statute of limitations we understand applies in this matter. See 17 U.S.C. § 507(b)." Ex. "4". This argument misses the point. Plaintiffs do not wish to hold ChikaraFan liable for copyright infringement. Rather, Plaintiffs wish to use ChikaraFan's statement as evidence of RCN's "fairly lax" policy for terminating repeat infringers and that this "fairly lax" policy was a draw for becoming a customer. Even though the statement was made eight years ago, Plaintiffs can use the information requested in the subpoena to contact ChikaraFan and authenticate her/his post to obtain evidence to support their claims. Further, Rule 26(b)(1) provides that "Information within this scope of discovery need not be admissible in evidence to be discoverable." Finally, in similar ISP lawsuits, Courts have found that information on how an ISP handled DMCA notices even *prior* to the applicable three year period is relevant. *See UMG Recordings, Inc. v. Grande Communs. Networks*, LLC, 2018 U.S. Dist. LEXIS 164761, at *9 (W.D. Tex. Sep. 26, 2018) ("[i]nformation on how Grande handled DMCA issues prior to 2013 could be relevant to demonstrating Grande's knowledge of its obligations under the statute, and could be circumstantial evidence that Grande was aware of infringing conduct on its system, and

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

actually had taken action on it before the time frame at issue here.").

18.     Reddit User "SquattingCroat" boasts that "I have received 20 [notices]…from my provider…" without suffering any consequences.  Ex. "3" at p.2.  Reddit argues that this post is not relevant because it does not mention RCN.  Although SquattingCroat does not say the name of her/his Internet service provider ("ISP"), this comment is made among a thread that mentions RCN (from "ben125125" which Reddit concedes is relevant).  Accordingly, it is likely that SquattingCroat is referring to RCN.  Further, RCN is part of a group of ISPs (Grande, Wave, RCN) across the nation that are managed by the same group in Princeton, NJ under the brand Astound.  Therefore, if SquattingCroat is referring to any of the ISPs in the Astound group, Plaintiffs can likely use this evidence to rebut RCN's assertion that it has the appropriate policy [category (ii)].

19.     Reddit User "aromaticbotanist" boasts of being an employee of an ISP and advises the other users of a script: "tell them you changed your WiFi…" to say to their ISP in response to a Notice. Ex. "3" at p.3.  aromaticbotanist's post demonstrates that the ISP he/she works for has not reasonably implemented a policy for terminating repeat infringers.  Further, aromaticbotanist even encourages others to use a VPN to pirate.  Therefore, if "aromaticbotanist" works for any of the ISPs in the Astound group, Plaintiffs can likely use this evidence to rebut RCN's assertion that it has the appropriate policy [category (ii)].

20.     "ilikepie96mng" also boasts of working for an ISP and admits that his ISP does not take notices seriously: "…so long as you don't get more than 3-5…in a short time span, you can effectively throw it in the rubbish…please use a VPN…".  Ex. "3" at p.6.  Therefore, if "ilikepie96mng" works for any of the ISPs in the Astound group, Plaintiffs can likely use this evidence to rebut RCN's assertion that it has the appropriate policy [category (ii)].

21.     Although "Griffdog21" does not say the name of the ISP, he also shares his experience

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

confirming that his ISP does not take notice seriously in his user post: "They bluff all the time…I've had about 4 of these and nothing has happened…"  Ex. "3" at p.7.  Therefore, if "Griffdog21" is referring to any of the ISPs in the Astound group, Plaintiffs can likely use this evidence to rebut RCN's assertion that it has the appropriate policy [category (ii)].

22.     Reddit asserts that the requests for identification information for "SquattingCroat", "aromaticbotanist", "ilikepie96mng" and "Griffdog21" are not relevant because they do not appear to mention RCN at all.  However, as discussed above, each of these posts are made either within a discussion thread of RCN's policies or about an ISP with "lax policies" that is very likely an ISP that is a member of the Astound group that manages RCN.  Further, Plaintiffs again reiterate that Rule 26(b)(1) provides that discoverable information does not need to be admissible in evidence.

23.     The post from "matt3324" is highly relevant.  As stated above, RCN asserts that it does not monitor subscriber access or have any ability control subscriber conduct.  However, the post of "matt3324" clearly states that RCN monitored his/her Internet service (determined that he had navigated to a non-existent domain) and controlled his service by redirecting him to RCN's own branded search results.  *See* Ex. "3" at p.8.  Similarly, "compypaq" discusses his/her modem needing to be reset from time to time.  *See* Id. at p.5.  It appears that RCN would remotely reset the modem, thus further establishing that RCN monitors and controls its subscribers' conduct.  Plaintiffs withdraw their request for identification information for Reddit user "dotsamantha".

24.     Reddit asserts that the post from "matt3324" is not relevant because it is 13 years old and that the posts from "compypaq" and "matt3324" are not relevant because they do not have anything to do with RCN's copyright enforcement.  As discussed above, these user posts clearly establish that RCN has the ability to monitor and control subscriber conduct and does indeed do it.  Even though the post from "matt3324" is 13 years ago, it still establishes that RCN has the

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1    technical ability.  If RCN had the ability 13 years ago, it certainly still has the ability now.

2    **B.    The information Plaintiffs request from Reddit does not implicate the First Amendment**

3    **Right to Anonymous Speech.**

4    25.    Reddit asserts that the information Plaintiffs request is not permissible under the First

5    Amendment.  However, Reddit provided its users with notification of the subpoena and an

6    opportunity to make objections yet none of its users made an objection.  Further, Reddit has not

7    identified any potential harm to these users by disclosing the information.  Plaintiffs are not

8    seeking to retaliate economically or officially against these subscribers.  Rather, Plaintiffs just

9    wish to discuss the comments the subscribers made and use their comments as evidence that RCN

10   monitors and controls the conduct of its subscribers, RCN has no meaningful policy for

11   terminating repeat infringers and this lax or no policy was a draw for using RCN's service.

12   **C.   There is no burden to Reddit to disclose the requested information.**

13   26.    Reddit does not even argue that it has any burden disclosing this information.

14   **IV.    CONCLUSION**

15   27.    Accordingly, Plaintiffs pray that this Court grant its motion to compel Reddit to fully

16   respond to the subpoena with the exception of Reddit user "dotsamantha".

17   DATED:        Feb. 14, 2023.

                                    */s/ Tobi Clinton*
                                    Tobi Clinton

                                    And

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CULPEPPER IP, LLLC

Kerry S. Culpepper

Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

9

1

**CERTIFICATE OF SERVICE**

2

The undersigned hereby certifies that by the methods of service noted below, a true and

3

correct copy of the foregoing was served to the following at their last known address:

4

Feb. 6, 2023 Via First Class Mail

5

John K. Roche, Counsel for Reddit
700 13th Street, NW

6

Suite 800
Washington, DC 20005-3960

7

8

Feb. 5, 2023 via email to: JRoche@perkinscoie.com

9

CULPEPPER IP, LLLC

10

Kerry S. Culpepper

11

Virginia Bar No. 45292

12

Hawaii Bar No. 9837
CULPEPPER IP, LLLC

13

75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

10