1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC,* No. 3:21-cv-15310 (D.N.J.)

*In re Subpoena to:*
*Reddit, Inc.*

Case No. 3:23-MC-80037-lb

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA**

Plaintiffs have filed a Motion to Compel Third-Party Reddit to Respond to Subpoena (the "Motion"). Doc. 1. Reddit opposes that Motion. Having considered the Motion, Reddit's Opposition, and all associated briefing, argument, documents, and evidence on the record at the time of this Order, Plaintiffs' Motion is hereby DENIED as Plaintiffs have failed to satisfy the relevant First Amendment standards, as identified in *Rich v. Butowsky*, No. 20-mc-80081-DMR, 2020 WL 5910069, at *3 (N.D. Cal. Oct. 6, 2020).

SO ORDERED this ___ day of _____, _____.


By: _____
    United States Magistrate Judge
    Laurel Beeler