1  Julie E. Schwartz, CA Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue
3  Suite 4900
   Seattle, WA 98101
4  Telephone: +1. 206.359.8000
   Facsimile: +1.206.359.9000
5
   Hayden M. Schottlaender
6  *Pro Hac Vice* Application Pending
   Texas Bar No. 24098391
7  PERKINS COIE LLP
   500 N. Akard Street, Suite 3300
8  Dallas, TX 75201
   Telephone: 214.965.7700
9  Facsimile: 214.965.7799

10 Michael C. Bleicher
   CA Bar No. 313892
11 MBleicher@perkinscoie.com
   PERKINS COIE LLP
12 700 Thirteenth Street, N.W., Suite 800
   Washington, D.C. 20005-3960
13 Telephone: +1.202.654.6200
   Facsimile: +1.202.654.6211
14
   *Attorneys for Respondent*
15 REDDIT, INC.

16

17         **UNITED STATES DISTRICT COURT**
18         **NORTHERN DISTRICT OF CALIFORNIA**
           **SAN FRANCISCO DIVISION**
19

20 **Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC,* No. 3:21-cv-15310 (D.N.J.)

21

22 | *In re Subpoena to:* | Case No. 3:23-MC-80037-lb |
   | *Reddit, Inc.* | |
23 | | **EXHIBIT A: DECLARATION OF** |
   | | **HAYDEN M. SCHOTTLAENDER** |
24

25

26

27

28

I, Hayden M. Schottlaender, hereby declare as follows:

1. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would so testify.

2. I am a Counsel with the firm Perkins Coie LLP ("Perkins Coie"). Perkins Coie is counsel of record in this matter for Reddit, Inc. ("Reddit").

3. Reddit is a community of online communities. Within those communities, called "subreddits," users gather to discuss shared interests. Users generally participate on the platform pseudonymously, and Reddit does not require that they use their real names.

4. Attached to this Declaration as **Exhibit A-1** is a true and correct screen capture of a Reddit conversation located at https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new (the "Comcast Thread"), with the comments sorted by recency, captured on February 21, 2023, at my direction. The conversation is publicly available at the provided link.

5. Attached to this Declaration as **Exhibit A-2** is a true and correct screen capture of a Reddit conversation located at https://www.reddit.com/r/astoria/comments/jkhe47/is_rcn_legit_for_internet/ with the comments sorted by recency, captured on February 28, 2023, at my direction. The conversation is publicly available at the provided link.

6. Attached to this Declaration as **Exhibit A-3** is a true and correct screen capture of a Reddit conversation located at https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new with the comments sorted by recency, captured on February 28, 2023, at my direction. The conversation is publicly available at the provided link.

7. On January 25, 2023, Reddit sent a notice to the user u/ben125125. That notice informed that user of Plaintiffs' subpoena issued to Reddit in the above-captioned matter. The remainder of the users targeted by that subpoena were not notified of the subpoena until February 15, 2023, after Plaintiffs filed their motion to compel Reddit's compliance with that subpoena. The user u/dotsamantha was not notified because Plaintiffs withdrew their request for that user's information.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2023.

By: */s/ Hayden M. Schottlaender*
Hayden M. Schottlaender
TX Bar No. 24098391