# EXHIBIT A-1



**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)



**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)



**breixopd** · 1 yr. ago

I've been risking it recently, been running my home media server without a VPN for the past few weeks, still waiting for a notice. I'm in England btw

↑ 1 ↓   Share  Report  Save



**fullstack_guy** · 1 yr. ago

It looks like you live in a bad neighborhood amigo, you need some protection. Time to wrap it up:
https://wiki.vuze.com/w/Tor_HowTo

↑ 1 ↓   Share  Report  Save



**gradafi85** · 1 yr. ago

Sweet Jesus is there a way to make the megathread like a scrolling marquee on top of the group......sheeeit

↑ 1 ↓   Share  Report  Save



**Western_Ad7528** · 1 yr. ago

I download some kind of copyrighted material almost daily; just make sure you're using a trusted site. Read the wiki for good information and sites to download data from. A VPN is a sure-fire way to avoid this, but I don't use one. I've only received one email from my ISP after downloading something extremely popular at the time, which was season eight of GoT; dumb idea on my part. Either way, you can effectively ignore it. If you're extremely concerned, get a VPN. Otherwise, continue going about your downloading.

↑ 1 ↓   Share  Report  Save



**[deleted]** · 1 yr. ago

If this is your first offense, You should be fine. This is just a warning. As long as it's not too many in short succession, they wont do anything. Always use a VPN when pirating

↑ 1 ↓   Share  Report  Save



**Rough-Day1733** · 1 yr. ago

I have a pitch for you. I've had metro PCs cell service and I always download movies and music and games from just my phone. I e downloaded hundred of files and haven't got anything said. Maybe you could try that???

↑ 1 ↓   Share  Report  Save



**MrMavryck** · 1 yr. ago

I got one of those 11 years ago same thing forgot to check vpn next morning email from provider they even had a list of the few shows I dl'd episodes of… funny we are among the group that people hear it happening to but never meeting..ha . Anyhow u shld be fine with vpn if your vpn has split tunneling option (IPVanishVPN does not sure about others) if you do allow your provider through via split tunneling and they won't know your using vpn

↑ 1 ↓   Share  Report  Save



**Jokerchyld** · 1 yr. ago

Why do people still download? So last century. You're pirating backwards.

↑ 1 ↓   Share  Report  Save

**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)



**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

One of my previous Internet providers didn't give me a warning. Every time I used the address for TPB, it would just redirect me to a page that said, "no"

↑ 1 ↓   Share   Report   Save

 NeverTooOldForComics · 1 yr. ago

Tell them you had a rude guest. Promise not to do it again. Use a VPN. This happened to me a lot.

↑ 1 ↓   Share   Report   Save

 OldAssPirate · 1 yr. ago
Yarrr!

Ignore it and either use a VPN or quit using torrents. It's only a warning they are required by law to send.

I once got 8 dmca notices at one time and absolutely nothing happened, though I'm not on Comcast.

↑ 2 ↓   Share   Report   Save

 Andrew_Saint · 1 yr. ago

Just turn off your seeding. I had gotten one of these too, turned my seeds off, and haven't gotten one since. That was 3 years ago.

↑ 1 ↓   Share   Report   Save

 SquattingCroat · 1 yr. ago

I have received like 20 of these in the past couple of years from my provider, literally nothing ever happened. Just make sure it doesn't happen too often

↑ 1 ↓   Share   Report   Save

 DissapointedCanadian · 1 yr. ago

Doesn't sound like a cease and desist letter to me.

↑ 2 ↓   Share   Report   Save

 LongSunOdyssey · 1 yr. ago

You really need a VPN, either that or stop torrenting completely. You'll end up with no internet service whatsoever

↑ 1 ↓   Share   Report   Save

 sys5 · 1 yr. ago

I did this once. Now I use bittorrent and set my network interface to tun0 (my vpn). So if i forget to turn on my vpn it just wont download at all. Network error.

↑ 1 ↓   Share   Report   Save

 Flerken420 · 1 yr. ago

I am sorry if this question offends someone because for me I would consider to be peak of piracy, why don't you use pirated vpn? There are a few available, and I am using them and they seem to be writing perfectly on my phone and laptop

↑ 1 ↓   Share   Report   Save

TrallXS · 1 yr. ago

**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

I am sorry if this question offends someone because for me I would consider to be peak of piracy, why don't you use pirated vpn? There are a few available, and I am using them and they seem to be writing perfectly on my phone and laptop

1   Share   Report   Save



JrallXS · 1 yr. ago

 JrallXS · 1 yr. ago

Shoulda used a VPN. It's a warning.

1   Share   Report   Save

 MrChip53 · 1 yr. ago
Piracy is bad, mkay?

And don't post it on the internet because you just admitted you downloaded it knowingly. Anyone can connect to your wifi. If anything actually happened claim someone swiped your wifi and downloaded it or something. Worst Comcast would do is cancel your service.

6   Share   Report   Save

 ilovea1steaksauce OP · 1 yr. ago

Must have been what happened. Damn neighbors, I never should have given them the password

6   Share   Report   Save

Continue this thread →

 MaxPhantom_ · 1 yr. ago

Laughs in 3rd world country

1   Share   Report   Save

 Jokerchyld · 1 yr. ago

There sre options to stream 4K content, shouldn't need to download anymore ... unless you are against paying a small fee to access the content. I haven't downloaded in years

0   Share   Report   Save

 Swole_Chicken · 1 yr. ago

I've gotten two of these, both because I just got new devices and forgot the VPN. Just use a VPN from now on and you should be good. My ISP has a three strike policy and yours probably does too.

2   Share   Report   Save

 Bunie89 · 1 yr. ago

They usually won't disconnect you until strike 3, and then you usually just need to call and apologize, or log into your account page and read some terms. Personally never went further than that so I don't know what happens next. There's also a very miniscule chance that legal action could be taken against you by the property holder, but in my 20 years of this I've never heard of such a thing happening. Just putting that in there to make you aware to keep an eye on your mail and email. Windscribe (VPN) plans can be configured down to 2$ a month.

2   Share   Report   Save

[deleted] · 1 yr. ago

First world problems...

**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

configured down to 2$ a month.

▲ 2 ▼   Share   Report   Save

[deleted] · 1 yr. ago

First world problems...

▲ 3 ▼   Share   Report   Save

Griffdog21 · 1 yr. ago

They bluff all the time. It's trying to scare you. I've had about 4 of these and nothing has ever happened. I believe you need to get like 5 in a couple days to be in trouble. Use a VPN next time and pirate away!

▲ 1 ▼   Share   Report   Save

AniZaeger · 1 yr. ago

Comcast has been known to send copyright infringement emails to people for "pirating" Linux...

▲ 2 ▼   Share   Report   Save

aromaticbotanist · 1 yr. ago

I work for a national ISP. Stop seeding the torrent, inform your ISP that you've changed your wifi password and locked down your devices. The studio expects a "compliance response" from the ISP. In other words, they will hound you until you reply with something to the effect of "I did the thing" that they can reply to the lawyers with "we said the thing and they did the thing".

Use a VPN next time. Infringement notices tend to focus on seeding and recent releases (and anything from Paramount or any Batman ever for some reason).

▲ 6 ▼   Share   Report   Save

ilovea1steaksauce OP · 1 yr. ago

Hell I'm not even they knowledgeable about torrents and seeding. It was just an app on an old phone and it actually worked when my neighbor used it. But I will get the phone and remove the app or make sure it's not sharing seeds. I'll email Comcast back and ket them know I've taken care of the issue

▲ 3 ▼   Share   Report   Save

Continue this thread →

aDDnTN · 1 yr. ago

Kopimism

vpn

▲ 1 ▼   Share   Report   Save

potatomolehill · 1 yr. ago

Yarrr!

I pirate with att fairly frequently. Tho I limit what I do.

▲ 1 ▼   Share   Report   Save

supergooduser · 1 yr. ago

ISPs generally have a three strikes rule. Worst case scenario you lose your service. Piracy isn't 'free' per se, it takes time to find, download and organize stuff but you also have to pay to protect yourself. VPNs are good (and cheap) but I personally use a seedbox and let someone else have the exposure. Or you can also get super in to it and go with usenet. Either way you're looking at spending about $10/month in all those various method of protection.

**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)



**supergooduser** · 1 yr. ago

ISPs generally have a three strikes rule. Worst case scenario you lose your service. Piracy isn't 'free' per se, it takes time to find, download and organize stuff but you also have to pay to protect yourself. VPNs are good (and cheap) but I personally use a seedbox and let someone else have the exposure. Or you can also get super in to it and go with usenet. Either way you're looking at spending about $10/month in all those various method of protection.

those various method of protection.

Just chalk it up to your first strike, take some safeguards for next time. Worst case scenario you go with a different provider or sign up under someone else's name.

↑ 1 ↓   Share  Report  Save



**HEMITHESEMI** · 1 yr. ago

To be fair... I still believe even if its "legal" to pirate in your country, you should still use a VPN. People who don't use a good VPN get what they deserve. Sorry if it sounds harsh.

↑ 0 ↓   Share  Report  Save

**Quaranj** · 1 yr. ago

I opened my wifi to troubleshoot an issue for a few hours.

End of.

Plausible deniability.

↑ 1 ↓   Share  Report  Save



**W6NZX** · 1 yr. ago

One word.

USENET.

↑ 1 ↓   Share  Report  Save

**Crescent-IV** · 1 yr. ago

Xfinity sounds like a porn site lol

↑ 1 ↓   Share  Report  Save



**so1hun** · 1 yr. ago

xfinity kind of lets other xfinity users piggyback off the wifi and lets other people use it which is one of the reasons why it's cheaper then others source if u wanna learn more or do something about it.

↑ 3 ↓   Share  Report  Save



**Dracanherz** · 1 yr. ago

Use a VPN. Dunno how you could both be a part of this sub and also not even think to use a vpn while doing that. Contrary to what I've seen posted here, they ABSOLUTELY can go after you even if you don't "admit" doing anything. Protect yourself, the "neighbor used my wifi" excuse would not do anything if they actually decided to go after youl. Luckily you're a small fish and they likely dont care THAT much, but jesus...read the wiki and protect yourself.

↑ 0 ↓   Share  Report  Save



**SnarfbObo** · 1 yr. ago




**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

they actually decided to go after youl. Luckily you're a small fish and they likely dont care THAT much, but jesus...read the wiki and protect yourself.

↑ 0 ↓   Share   Report   Save


SnarfbObo · 1 yr. ago

they can and will eventually cut you off. VPN or stick to downloading streams.

You could also try usenet if you don't mind a shock and an adjustment period.

↑ 1 ↓   Share   Report   Save


theuniverseisboring · 1 yr. ago

So question, I've never received any issue with my ISP, but with BREIN here idk why not. I live in the Netherlands, do they care at all here or am I just lucky?

↑ 1 ↓   Share   Report   Save


blackomegatm · 1 yr. ago

The sheer fact that companies are allowed to monitor your internet connection is scary as fuck to me.

It's like having someone listening to your phone calls to monitor if you will bad mouth the company.

Ridiculous.

↑ 7 ↓   Share   Report   Save


pr0jesse · 1 yr. ago

Damn I wish my country had good internet privacy laws. Oh wait I have those torrenting rn without vpn

↑ 4 ↓   Share   Report   Save

Continue this thread →


rhythmrice · 1 yr. ago

They're not monitoring your internet connection like that.

Your ISP wont even send you a notice unless the company you pirated from sends your ISP a copyright claim.

When you're torrenting, instead of directly downloaded from a server/just one place, you're actually downloading tiny pieces from multiple different people, then it all gets put back together into your complete file

That's what seeders and leechers are. Seeders keep uploading after their download is complete so that way the next person can get some. Leachers just download it and then delete the torrent. This is an issue because it will cause the torrent to eventually die. Some people will seed 10x how much they downloaded, if all 10 of those people keep seeing then the torrent will grow. If 9 of them leach and 1 seeds it will stay the same. And if 10 of them leach, the torrent will die, because their will be no more seeders.

When you're torrenting you can see the IP address of all the other people you are connected to. So Disney gets on pirate bay, searches the boba fett show, hits the magnet link to start torrenting, then they just look in the list of IP's they are connected to and they send compright claims to everyone in the list. Most people are using a VPN tho but occasionally they find some idiot straight torrenting it.

So it's like if you sent a shitty text about your boss to 50 people and one of them was accidentally your boss

↑ 9 ↓   Share   Report   Save

Continue this thread →

**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

the list. Most people are using a VPN tho but occasionally they find some idiot straight torrenting it.

So it's like if you sent a shitty text about your boss to 50 people and one of them was accidentally your boss

9   Share   Report   Save

Continue this thread →

[deleted] · 1 yr. ago

Generally they're not a big deal. However, if you end up having an a**hole for an ISP; it could become one if you start racking these up.

My sis had an ISP and she did download torrents. She did a bunch in one night and got a total of 6.

They actually turned her internet off with a message that said "Call us to get your internet re-activated".

She called, they reactivated, however they left her with parting words.

"If you receive another, we'll have no choice but to disconnect to your service for a period of one year".

So I'd just check comcast's policy and make sure you don't go over that threshold. Because if you're in an area with only one ISP; that will present problems. If you get cancelled, you'll be limited to a hotspot, or something like SpaceX Starlink.

1   Share   Report   Save

 kdisn · 1 yr. ago

They also threatened us that they'd turn off our internet for a year. I had been using a VPN however I wasn't using the kill switch setting, so I think that's how my IP most likely got leaked. Now I'm terrified of torrenting even with VPN and kill switch on because it's the only ISP in our area lol

1   Share   Report   Save

Continue this thread →

 giladg · 1 yr. ago

Get a debrid service like real-debrid, Premiumize, or AllDebrid and you don't need a VPN.

3   Share   Report   Save

 unholymanserpent · 1 yr. ago

I guess using services like real-debrid is kinda new? Nobody else is even talking about how that solves pretty much everything. You're the only one. Look it up people!

2   Share   Report   Save

Continue this thread →

 ameansunflower · 1 yr. ago

This happened to me with Verizon, I downloaded the new Halloween movie and within 15 minutes of it starting we got an email saying the same thing.. I was away and had a mini heart attack cause I could remote into my server I thought they cancelled our service but everything was fine. Now I use nord VPN

1   Share   Report   Save

 tileman1440 · 1 yr. ago

There was a honeypot but the law firm was shutdown and the owner banned (search prenda law)

What has happened is they joined the seed pool of an active torrent and you not having a vpn exposed your IP to the seed pool and they nabbed you.

3   Share   Report   Save

theknyte · 1 yr. ago

**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

There was a honeypot but the law firm was shutdown and the owner banned (search prenda law)

What has happened is they joined the seed pool of an active torrent and you not having a vpn exposed your IP to the seed pool and they nabbed you.

↑ 3 ↓   Share   Report   Save


theknyte · 1 yr. ago
Share Report Save

theknyte · 1 yr. ago

It was a big deal about 10+ years ago to go after Torrentors with lawsuits, but the courts put a stop to it, so to speak.

Before, a law firm could sue 100s in a single lawsuit for copyright violations. But, then a court finally decided that if they want to sue people for torrenting, they have to sue EACH person in individual cases. So, as you you can imagine, the difference in legal costs from one huge lawsuit to 100s of little ones, made going after torrentors nowhere near as profitable, so most studios just go for big time pirate/distributors now, and don't really go after the dude who downloaded a copy of Spider-Man for private home viewing.

↑ 1 ↓   Share   Report   Save


ilikepie96mng · 1 yr. ago

As someone who literally sends these to customers of our ISP, so long as you don't get more than 3-5 of them in a short time span, you can effectively throw it in the rubbish. That said, please always just use a VPN, it's just easier for you and your ISP.

↑ 162 ↓   Share   Report   Save


BrianDCox · 9 mo. ago

Comcast still has a way to track you even though you are using a VPN

↑ 0 ↓   Share   Report   Save


LeonJunior · 11 mo. ago

do you know if i run a pirated game with a VPN and allow it to connect online if i'll get a notice?

↑ 1 ↓   Share   Report   Save

Continue this thread →


MrEuphonium · 1 yr. ago

I have near 45 of them, nothing has happened

↑ 7 ↓   Share   Report   Save

Continue this thread →

ScottRiqui · 1 yr. ago

Do ISPs generally not care about downloading from Usenet? I've gotten a few of these warning letters over the years when I've forgotten to use my VPN while torrenting, but I've been getting stuff from Usenet (with no VPN) almost every single day for decades and none of my ISPs has ever said a word about it.

↑ 3 ↓   Share   Report   Save

Continue this thread →


ArYuProudOMeNowDaddy · 1 yr. ago

I've had a couple friends get so spooked by these letters that I'm pretty sure they stopped pirating all together. I get them occasionally, usually when I turn off my VPN for whatever reason and forget I have seeds running.

**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)



**URL**

https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new

**Timestamp**

Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)

Are you under NAT or static ip .Btw did you enable requires encryption in qbitorrent settings. i dont think it's possible to track torrenting if u r under NAT?😨

↑ 0 ↓   Share   Report   Save

**Blackce11** · 1 yr. ago

Anyone have steps in how to do this? Looked into the settings and wasn't too clear how to do this. Ended up just turning on a kill switch on my VPN instead

↑ 1 ↓   Share   Report   Save

**Shroomy_Boom** · 1 yr. ago

When torrenting your ip address is visible in the swarm, I assume companies have bots that monitor and report anyone that has a trackable ip. Definitely use a vpn if you are torrenting or go the direct download route, using file uploader sites like mega and media fire as they work differently.

To be safe though I would reccomend the use of a vpn

↑ 12 ↓   Share   Report   Save

**BidenDaPedo** · 1 yr. ago

I'm too scared to even go the torrent route. I'll either stream or use dd. Haven't found any good DD sites for movies anymore. Dirty warez doesn't keep the files up for very long so the links are usually expired. Most of the time It's just downloading directly from stream site

↑ 2 ↓   Share   Report   Save

**fastrthnu** · 1 yr. ago

There is another option. Use seedr.cc. It's a cloud based torrent service, you give it a magnet link and it downloads the torrent and then when it's finished, you direct download from them. I've been using it for years, downloaded over 21,000 movies this way.

↑ 99 ↓   Share   Report   Save

**_CARLOX_** · 1 yr. ago

This totally sounds like an ad, the fact it has 77 upvotes at the moment makes it even more suspicious.

↑ -1 ↓   Share   Report   Save

Continue this thread →

**glytxh** · 1 yr. ago

Who the hell has time to watch 4 years worth of movies?!

↑ 0 ↓   Share   Report   Save

Continue this thread →

**StanleyOpar** · 1 yr. ago

This also costs extra money FYI

↑ 40 ↓   Share   Report   Save

Continue this thread →

**Vusraa** · 1 yr. ago
File-Hosters

Yiffy quality? Lol

↑ -3 ↓   Share   Report   Save

Continue this thread →

**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)



**URL**
https://www.reddit.com/r/Piracy/comments/szewb3/copyright_infringement_email_from_comcast_i/?sort=new
**Timestamp**
Tue Feb 21 2023 11:18:49 GMT-0800 (Pacific Standard Time)