# EXHIBIT A-2



**URL**
https://www.reddit.com/r/astoria/comments/jkhe47/is_rcn_legit_for_internet/?sort=new

**Timestamp**
Tue Feb 28 2023 12:33:50 GMT-0800 (Pacific Standard Time)



**URL**

https://www.reddit.com/r/astoria/comments/jkhe47/is_rcn_legit_for_internet/?sort=new

**Timestamp**

Tue Feb 28 2023 09:37:36 GMT-0800 (Pacific Standard Time)



**URL**

https://www.reddit.com/r/astoria/comments/jkhe47/is_rcn_legit_for_internet/?sort=new

**Timestamp**

Tue Feb 28 2023 09:37:36 GMT-0800 (Pacific Standard Time)

**Pseudologica** +2 · 2 yr. ago

Every cable company does this, tho.

1   Reply   Share

**djbarry18** · 2 yr. ago

I used to have RCN and got fed up with them and switched to Spectrum. With RCN our connection would be fine for a few days - and then have a few days where the router wouldn't connect/ would require being reset every 5-10 minutes. Considering the router takes another 5 min or so to restart - this was less than ideal. We contacted RCN several times, to which they would come replace our router - but we would still have the same issues. After about the 3rd time of 'fixing' our problem by giving us a new router, they told us "it's probably your wiring, and it's going to cost you a minimum of $80 to come take a look at that, and more if we have to fix something".... We told them to cancel our account and called Spectrum immediately to replace it. We installed our Spectrum router ourselves and have had zero issues since. RCN is a cheap alternative, but you get what you pay for. If you're working from home or enjoy streaming videos for more than 5 minutes uninterrupted - I'd advise avoiding RCN.

0   Reply   Share

**DragoonBoots** · 2 yr. ago

RCN's thing is being the competition to the local monopoly (i.e. Specturm). That means they actually seem to focus on having good service, decent prices, etc. BUT! They're not available everywhere. I used to have them near Steinway, but now I live somewhere else in the neighborhood and can't get them. You should be able to learn if you can get their service on the website without having to talk to their sales annoyances.

When I did have their service, I was very happy with it. I once had to get a new cable box because the old one had a bad video output and it took a literally 15 minute phone call to get it handled. If you can get them, I highly recommend it.

3   Reply   Share

**zaloni** +2 · 2 yr. ago

It is so much better than Spectrum, not as good as Fios (throughput, pings, symmetry, reliability). I was happy overall, but went to Fios when I could. Honestly, not a practical difference, but my speedtests do make me happy. And I've never had an outage (touch wood).

3   Reply   Share

**URL**
https://www.reddit.com/r/astoria/comments/jkhe47/is_rcn_legit_for_internet/?sort=new
**Timestamp**
Tue Feb 28 2023 09:37:36 GMT-0800 (Pacific Standard Time)