# EXHIBIT A-3



**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and_/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



**zxn0** · 14 yr. ago · edited 14 yr. ago

English only no i18n fail.

⬆ 1 ⬇   Share   ···

**dustball** · 14 yr. ago

I think its funny they plagiarized the 404 page built into MSIE. You can't just copy that work without permission.

⬆ 1 ⬇   Share   ···

**madmanmax3000** · 14 yr. ago

I'm pissed because I used to be able to put "reddit" and it would redirect me to www.reddit.com in Safari

Now I get this stupid RCN page. How do I fix it??

⬆ 1 ⬇   Share   ···

**j1ggy** · 14 yr. ago

Does RCN know what copyright infringement is? Because that looks like blatant copyright infringement to me.

⬆ 2 ⬇   Share   ···

**sgorf** · 14 yr. ago

Have they done it three times yet? Perhaps they should be required to disconnect themselves.

⬆ 2 ⬇   Share   ···

**hyp3r** · 14 yr. ago

You're right! I **AM** outraged!

⬆ 1 ⬇   Share   ···

**Arttherapist** · 14 yr. ago

Sounds like you have the worst ISP ever. Call back and cancel your service and move to the competition.

⬆ 3 ⬇   Share   ···

**heylookatme** · 14 yr. ago

That's assuming that there IS competition ... I know that in my area, my only option for high speed internet is Comcast.

⬆ 3 ⬇   Share   ···

Continue this thread →

**ethanji** · 14 yr. ago

Was getting the same thing while in DC for a bit...

⬆ 1 ⬇   Share   ···

**secretchimp** · 14 yr. ago

The people you called were probably not told about this kind of stuff in the first place. Verizon has some kind of DNS assist, but that's about all I could tell you.

⬆ 1 ⬇   Share   ···

**fani** · 14 yr. ago

?????

Am I missing something here ? Either way, you get a 404 - either RCN's or what your browser shows you when it gets an HTTP/404 error code.

So, RCN's looks the same as your browsers. So ???

⬆ -1 ⬇   Share   ···

**avapoet** · 14 yr. ago

Nope. A 404 error is returned by a webserver to say that the resource you

r/technology

Apple, please don't take all of the buttons away

⬆ 91% · 549 · Feb 18

r/technology

Change Your LastPass Password Manager, Before It's Too Late

⬆ 88% · 138 · Feb 14

r/technology

Filmmakers Request Identities of Reddit Users to Aid...

⬆ 90% · 100 · Feb 20

r/technology

Valve is working on a major update for 'Team Fortress 2'

⬆ 91% · 111 · Feb 13

r/technology

De-Bloated Windows 11 Build Runs on 2GB of RAM | Tiny1...

⬆ 94% · 261 · Feb 3

r/technology

Nintendo classic 'Zelda: A Link to the Past' gets an...

⬆ 95% · 110 · Feb 6

r/technology

【导梭】二十大全曲：I Got Emperor (feat. Ding Zhen, Eileen Gu)「人力Rap」本作参考...

**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



Am I missing something here ? Either way, you get a 404 - either RCN's or what your browser shows you when it gets an HTTP/404 error code.

So, RCN's looks the same as your browsers. So ???

⬆ -1 ⬇   Share   ⋯

**avapoet** · 14 yr. ago

Nope. A 404 error is returned by a webserver to say that the resource you requested could not be found. In this case, they're giving you 404 errors even where no server exists at all, which is a different issue entirely. By breaking the "rules of the web", this kind of behavior causes all kinds of nasty knock-on effects, as well as being horribly unethical.

⬆ 1 ⬇   Share   ⋯

Continue this thread →

**nosoupforyou** · 14 yr. ago

It's not the same thing. It might look the same to you on the browser, but if you're using some perl code, for example, instead of getting the proper fail code, you get a valid result that shows 404.

So, if you're writing your own spider software, you've gotta now have the software decode the result and decide if it's a fail.

This is just an example though. There could be lots of more likely problems. p2p failures, game connection failures, etc.

⬆ 6 ⬇   Share   ⋯

Continue this thread →

**sabruda** · 14 yr. ago

404 - really? You have no idea how HTTP works, do you?

⬆ 2 ⬇   Share   ⋯

**uriel** · 14 yr. ago

More like the retards at his ISP don't know how HTTP or DNS work.

⬆ 1 ⬇   Share   ⋯

Continue this thread →

**dora_explorer** · 14 yr. ago

i have Time Warner Cable in NYC, and occasionally get their "search results" page instead of a 404 ... but i don't find it outrage-ous.

⬆ 0 ⬇   Share   ⋯

**chasetopher** · 14 yr. ago

How do I opt out verizon from doing this? They use yahoo search and I hate it. I got V Fios.

⬆ 2 ⬇   Share   ⋯

**aeromax** · 14 yr. ago

Everyone, quick, get the Firefox extension and change your user agent to display "MEGA FUCKTRON 5000"

⬆ 5 ⬇   Share   ⋯

**matt3324 OP** · 14 yr. ago

An update-- I called RCN to complain about this. They first told me it was spyware or a virus. I then asked to speak to a manager. They put me on hold, and after 10 minutes of hold, hung up on me.

⬆ 5 ⬇   Share   ⋯

**[deleted]** · 14 yr. ago

They are most likely lying, but as a stupid question, what were the results of the spyware diagnostic and what software are you using for that? Also, did you call them back and get a name of a manager to refer to? You should at least get your money back for discontinuing their service.

⬆ 1 ⬇   Share   ⋯

Continue this thread →

**URL**
https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**
Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



**weclock** · 14 yr. ago

if they gave you the traditional 404 screen, it'd be harder to determine whether it was YOUR problem or theirs, because if it was theirs, you wouldn't receive their 404, you'd receive your browser default.

⬆ 4 ⬇ Share ···

**donaldjohnston** · 14 yr. ago

Bell Canada (Sympatico) does this too... It's really kind of annoying.

⬆ 2 ⬇ Share ···

Comment deleted by user · 14 yr. ago

**kerbuffel** · 14 yr. ago

I don't understand - the page linked above looks like the mozilla page, but they didn't put in any advertising or anything, so I don't understand what's the big deal?

⬆ -1 ⬇ Share ···

**Duke_** · 14 yr. ago

Rogers, a television, mobile, and internet service provider in Canada has been doing this for a while. Their fake 404 page (if you opt out of their search results on failed DNS lookups) looks like it's a direct copy of the one that Internet Explorer displays. It's obvious if you're using Firefox, Safari, or otherwise.

The worst part is that Rogers has awful DNS service. It's slow and often unresponsive. A quick search on Google revealed that they've been having problems for a long time. I started using OpenDNS servers as a result. Now apparently OpenDNS will return search results on a failed lookup, but I haven't had a failed lookup yet (with Rogers I was getting failed lookups for known sites.)

⬆ 1 ⬇ Share ···

Comment deleted by user · 14 yr. ago

**matty323** · 14 yr. ago

Sucks. but thats a fairly elegant implementation.

⬆ -4 ⬇ Share ···

**uriel** · 14 yr. ago · *edited 14 yr. ago*

> but thats a fairly elegant implementation.

You got to be fucking kidding me. The implementation is almost about as retarded as the idea itself, which is quite god damned idiotic.

⬆ 2 ⬇ Share ···

**Zarutian** · 14 yr. ago

it isnt as web browsers arent the only apps that use the DNS.

I hope that RCN "404" server can handle the load of fifty or sixty hertz of connection attempts of various other protocols.

⬆ 5 ⬇ Share ···

**DrakeBishoff** · 14 yr. ago

Well on the fake Safari page, that's an illegal use of a copyrighted apple image.

⬆ 6 ⬇ Share ···

**newbill123** · 14 yr. ago

Copyrighted image of a registered trademark. That could serve up some serious damages.

⬆ 1 ⬇ Share ···

**[deleted]** · 14 yr. ago

Particularly dumb because they could just internally reference the file as safari does when it hits the page.

It's particularly foul that it has hijacked the search bar though.

**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



serious damages.

⬆ 1 ⬇ Share ⋯

[deleted] · 14 yr. ago

Particularly dumb because they could just internally reference the file as safari does when it hits the page.

It's particularly foul that it has hijacked the search bar though.

⬆ 1 ⬇ Share ⋯

racergr · 14 yr. ago

The question is: will the browser providers care?

⬆ 1 ⬇ Share ⋯

[deleted] · 14 yr. ago

Are we sure it isn't just using Safari's actual misdirect page, even if it shouldn't?

⬆ 1 ⬇ Share ⋯

klobbermang · 14 yr. ago

I had RCN for a year, then I moved and am forced to use Comcast... just remember you don't have Comcast dude.

⬆ 3 ⬇ Share ⋯

SuperCow1127 · 14 yr. ago · edited 14 yr. ago

How do you get a 404 page for a non-resolving domain? 404 is an HTTP error, since when is there a "browser specific" one?

Yes, I know what the submitter means, but 404 is the wrong term.

⬆ 45 ⬇ Share ⋯

zwaldowski · 14 yr. ago

All browsers, if the error message is less than a certain size in bytes, will use their own instead. Mostly this is to prevent blank error pages or old Apache/IIS non-descriptive errors.

⬆ 5 ⬇ Share ⋯

Continue this thread →

hanklords · 14 yr. ago

NXDOMAIN is the correct term: http://en.wikipedia.org/wiki/DNS_hijacking

⬆ 29 ⬇ Share ⋯

Continue this thread →

matchu · 14 yr. ago

Why would they do this, again?

⬆ 6 ⬇ Share ⋯

enolan · 14 yr. ago

Selling ads on the search pages.

⬆ 1 ⬇ Share ⋯

chadmill3r · 14 yr. ago

According to our logs, lots of people who ask for "amazon.com" also misspell it as "amazon.com". Let's register that and steal the redirections, and get the referral $1 that Amazon will add to their price of everything. Profit!

⬆ 4 ⬇ Share ⋯

Continue this thread →

Ahnteis · 14 yr. ago

Technical incompetence is the most likely reason. They might also be able to sell the DNS lookup info.

⬆ 3 ⬇ Share ⋯

Continue this thread →

hesdoingwhat · 14 yr. ago

**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



Technical incompetence is the most likely reason. They might also be able to sell the DNS lookup info.

3    Share    ···

Continue this thread →

**besdoingwhat** · 14 yr. ago

RCN in the past week has apparently been rolling out DNS hijacking. When you attempt to query a domain name that does not exist, their DNS servers respond with bogus responses that attempts to redirect your browser to their own search page. This is a horrible idea for many reasons like breaking various software, but they don't care because it brings them more revenue in advertising click-thrus.

If you are experiencing DNS hijacking with RCN, call 1-800-RING-RCN and complain about this. If they don't know what you are talking about, say you want to opt out of "Paxfire". Then file a complaint, because this is a horribly bad idea to inflict this upon customers by default.

34    Share    ···

Comment deleted by user · 14 yr. ago

Comment deleted by user · 14 yr. ago

**adrianmonk** · 14 yr. ago

> RCN in the past week has apparently been rolling out DNS hijacking. When you attempt to query a domain name that does not exist, their DNS servers respond with bogus responses that attempts to redirect your browser to their own search page.

Time-Warner Cable already started doing this almost a year ago. They have an opt-out link somewhere, and when you opt out, it really does stop doing it, but they don't make it easy to turn off.

And of course, the whole notion that I want them to fuck with my packets is beyond asinine.

8    Share    ···

Continue this thread →

**adverse34** · 14 yr. ago

I don't use RCN, but based on your description it looks like their DNS servers are failing over all failed queries to their search service. Your opt-out cookies are only visible to the web server hosting the search page and not the DNS server. You end up at the search page no matter what, and they are trying to fake the browser error page to make it look like they didn't lie to you a few milliseconds earlier when you sent the DNS query.

You lose either way. I think the only way out for you is to use a DNS server that doesn't lie to you. Switch to a public DNS server.

9    Share    ···

**ondra** · 14 yr. ago

Notice that this is no 404 error. HTTP 404 is sent by the server that can't find the page you requested, it's never generated by the browser.

11    Share    ···

**[deleted]** · 14 yr. ago

Internet Explorer -> Tools -> Internet Options -> Advanced -> Show friendly HTTP error messages. If checked IE does not display error messages as sent by server, very annoying when developing a site and people can't see error messages sent by the server so that they could report to you with erroneous code line numbers and all instead you have to ask them tick that off and try to reproduce the situation. Thank you Microsoft.

1    Share    ···

**nopjunkie** · 14 yr. ago

Beat me to the punch... I was going to bitch about this as well. :P

-3    Share    ···

**[deleted]** · 14 yr. ago

What is the 1P item on your toolbar?

3    Share    ···

**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



Beat me to the punch... I was going to bitch about this as well. :P

-3   Share   •••

[deleted] · 14 yr. ago

What is the 1P item on your toolbar?

3   Share   •••

yaemes · 14 yr. ago

1password. though it beats me why he's using it since safari has password
rememberyness built in

2   Share   •••

Continue this thread →

AggroBoy · 14 yr. ago

It looks like 1password, a Mac password/login manager.

1   Share   •••

evanseeds · 14 yr. ago

As a chrome user, I get the Safari 404 page instead of "Oops, this link appears to
be broken."

9   Share   •••

racergr · 14 yr. ago

Chrome reports itself as Safari.

4   Share   •••

Continue this thread →

zwaldowski · 14 yr. ago

WebKit.

11   Share   •••

Comment deleted by user · 14 yr. ago

noamsml · 14 yr. ago

Ever thought of just using a different DNS server?

32   Share   •••

oniony · 14 yr. ago

Yeah, OpenDNS is pretty good.

26   Share   •••

Continue this thread →

breakneckridge · 14 yr. ago · edited 14 yr. ago

It is very slimy, but I think saying it's "an outrage" is a stretch. Also, isn't this
blatant copyright infringement?

5   Share   •••

NoMoreNicksLeft · 14 yr. ago

On your wireless router, use a real DNS server instead of theirs.

4   Share   •••

Turtle500 · 14 yr. ago

http://www.opendns.com/

-4   Share   •••

Continue this thread →

[deleted] · 14 yr. ago

It might just have been easier to implement for RCN; I don't think this minorly
deceptive tactic is making them very much money. What happens if you use a
browser like Arora that they probably won't be able to spoof?

**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



4
Share …

Continue this thread →

[deleted] · 14 yr. ago

It might just have been easier to implement for RCN; I don't think this minorly
deceptive tactic is making them very much money. What happens if you use a
browser like Arora that they probably won't be able to spoof?

1   Share   …

hupp · 14 yr. ago

I think you are too easily outraged.

28   Share   …

[deleted] · 14 yr. ago

I think you and the people that upvoted you don't understand the seriousness
of an internet provider intercepting peoples communication and forging a
valid response.

It's curious to see that technological obfuscation in combination with a free
market gets people to accept practices that in the pre-internet era where the
exclusive domain of totalitarian police state.

There's a reason why we have strict laws governing old fashioned forms of
communication like snail mail. The same principles should apply to modern
forms of communication if we want to maintain stuff like freedom and
democracy. Even if the abuse is a petty as that of RCN.

111   Share   …

Continue this thread →

[deleted] · 14 yr. ago

I agree. Slippery slopes are nothing to be angry about. Just accept it.

4   Share   …

Continue this thread →

OverlordXenu · 14 yr. ago

Time to use OpenDNS, but you have to go through pages of settings to disable
their branded yahoo-search, but it is worth it.

5   Share   …

rm999 · 14 yr. ago

Or just use 4.2.2.1/4.2.2.2

10   Share   …

Continue this thread →

formode · 14 yr. ago

Waste of bandwidth for them.

1   Share   …

Epistaxis · 14 yr. ago

... and RCN is?

248   Share   …

impatientbread · 14 yr. ago

Regional Communist Network. I knew someone who used to work there, and
they didn't know the real name so that's what all of their coworkers called it
(their adverts at the time were big black/red/white posters with Soviet motifs -
Internet Power for the People! eccet)

7   Share   …

singularity2030 · 14 yr. ago

A good ISP in Chicago. I'm happy enough with my ping<10 on a lot of TF2
servers to overlook a lot more than that.

1   Share   …

putainsdetoiles · 14 yr. ago

**URL**
https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**
Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)



**singularity2030** · 14 yr. ago

A good ISP in Chicago. I'm happy enough with my ping<10 on a lot of TF2 servers to overlook a lot more than that.

↑ 1   Share   ···

**putainsdetoiles** · 14 yr. ago

it's a cable/internet provider in Chicago. Not sure if they provide service elsewhere.

↑ 92 ↓   Share   ···

Continue this thread →

**peanut14** · 14 yr. ago

**funkah** · 14 yr. ago

I dunno about outraged... it is stupid though.

↑ 44 ↓   Share   ···

**RipRapRob** · 14 yr. ago · edited 14 yr. ago

I agree, but...:

What if they do (are going to do) the same thing with 'real' 404 pages, and not just for "non-resolving domains" as described here.

Imagine this:

You follow a link to a no longer existing page on some website.

The website tries to return a custom 404 containing things like the sites own search option, a sitemap etc.

Would you like RCN to replace this custom 404-page with their own 404 page as described here?

I wouldn't.

I might be mistaking, but I don't think it's a coincidence that they've started showing their own "404" page and not a "site not found" information. They *could* be 'easing people in'.

If I was Matt3324 I would test pages like www.cnn.com/somethingorother to see if I get CNN's 404 page or RCN's version.

↑ 0 ↓   Share   ···

Continue this thread →

**URL**

https://www.reddit.com/r/technology/comments/9b6kh/an_outrage_rcn_now_senses_your_user_agent_and/?sort=new

**Timestamp**

Tue Feb 28 2023 09:39:56 GMT-0800 (Pacific Standard Time)