Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101
Telephone: +1. 206.359.8000
Facsimile: +1.206.359.9000

Hayden M. Schottlaender
*Pro Hac Vice* Application Pending
Texas Bar No. 24098391
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Michael C. Bleicher
CA Bar No. 313892
MBleicher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

*Attorneys for Respondent*
REDDIT, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC,* No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| *In re Subpoena to:*<br>*Reddit, Inc.* | Case No. 3:23-MC-80037-lb<br><br>**REDDIT, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1, Reddit, Inc. hereby discloses that it has no parent corporation and no publicly traded company owns 10% or more of its stock.

Dated: February 28, 2023                    **PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
Julie E. Schwartz
Hayden M. Schottlaender*
Michael C. Bleicher

*Application *pro hac vice* pending.

ATTORNEYS FOR REDDIT, INC.

Case No. 3:23-mc-80037-LB         Page 1         Reddit, Inc.'s Corp. Disclosure Statement

161154447.1