1  Julie E. Schwartz, CA Bar No. 260624
   JSchwartz@perkinscoie.com
2  PERKINS COIE LLP
   1201 Third Avenue
3  Suite 4900
   Seattle, WA 98101
4  Telephone: +1. 206.359.8000
   Facsimile: +1.206.359.9000
5
   Hayden M. Schottlaender
6  *Pro Hac Vice* Application Pending
   Texas Bar No. 24098391
7  PERKINS COIE LLP
   500 N. Akard Street, Suite 3300
8  Dallas, TX 75201
   Telephone: 214.965.7700
9  Facsimile: 214.965.7799

10 Michael C. Bleicher
   CA Bar No. 313892
11 MBleicher@perkinscoie.com
   PERKINS COIE LLP
12 700 Thirteenth Street, N.W., Suite 800
   Washington, D.C. 20005-3960
13 Telephone: +1.202.654.6200
   Facsimile: +1.202.654.6211
14
   *Attorneys for Respondent*
15 REDDIT, INC.

16

17                  **UNITED STATES DISTRICT COURT**
18                  **NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
19

20 **Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC,* No. 3:21-cv-15310 (D.N.J.)

21

22 *In re Subpoena to:*          | Case No. 3:23-MC-80037-lb
   *Reddit, Inc.*                |
23                               | **REDDIT, INC.'S CERTIFICATION**
24                               | **OF CONFLICTS AND**
                                 | **INTERESTED ENTITIES AND**
25                               | **PERSONS**

26

27

28

---

**CASE NO. 3:23-MC-80037-LB**                              **REDDIT, INC.'S CERT. OF CONFLICTS**

161154467.1

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, the only persons or entities with an interest in this dispute (other than the named parties) are the pseudonymous individuals targeted by the subpoena at issue. The nature of their interest is described in Reddit's brief regarding that subpoena.

Dated: February 28, 2023           **PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
Julie E. Schwartz
Hayden M. Schottlaender*
Michael C. Bleicher

*Application *pro hac vice* pending.

ATTORNEYS FOR REDDIT, INC.