Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80037-LB<br>Hearing Date: March 23, 2023<br>Time: 9:30 AM<br>Place: Zoom<br><br>**CORPORATE DISCLOSURE STATEMENT** |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION AS TO INTERESTED ENTITIES AND PERSONS**

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs"), by and through their counsel, pursuant to Fed. R. Civ. P. 7.1, hereby submits their Corporate Disclosure Statement and Certificate of Interested Entities and Persons pursuant to Local Rule 3-

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

15.

Plaintiffs LHF PRODUCTIONS, INC. and BODYGUARD PRODUCTIONS, INC. are owned by MILLENNIUM FUNDING, INC.

Plaintiffs OUTPOST PRODUCTIONS, INC., HITMAN 2 PRODUCTIONS, INC., NIKOLA PRODUCTIONS, INC. and RAMBO V PRODUCTIONS, INC., are owned by MILLENNIUM IP, INC.

No publicly held corporation owns more than 10% of the stock of any of Plaintiffs.

In accordance with Local Rule 3-15, the undersigned, counsel of record for Plaintiffs certifies that in addition to the above, the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  None.

Note the inclusion of KILLING LINK DISTRIBUTION LLC as a Plaintiff in the motion to compel was a typographical error.

DATED:	Kailua Kona, Hawaii,	March 6, 2023.

Respectfully submitted,

**CULPEPPER IP, LLLC**

/s/ Kerry S. Culpepper
Kerry S. Culpepper
*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

2