Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80037-LB<br>Hearing Date: March 23, 2023<br>Time: 9:30 AM<br>Place: Zoom<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA** |

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

# PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs"), by and through their counsel, pursuant to Civ L.R. 7.3(c), file their Reply in support of their Motion for an order compelling third-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena.

## I. INTRODUCTION

1. Reddit's Opposition begins with this blatantly untrue and libelous statement: "Before discovery had even begun…Plaintiffs sent a subpoena to Reddit." Opp. at p. 8. At the latest, discovery begun on Jan. 6, 2023 which is the day before Plaintiffs sent the subpoena to Reddit. And Plaintiffs' counsel provided Reddit's counsels with uncontroverted evidence of this fact, yet Reddit refused to even correct this misstatement. *See* Decl. of Culpepper. of ¶¶16-17; Ex. "6". Without doubt, Reddit continued to assert this purposeful falsehood so that it could portray itself as putting up a good fight against copyright holders until it had to be dragged kicking and screaming by this Court to disclose user information and send a message to any other litigants who are considering requesting similar information from Reddit.

2. Then Reddit cleverly tries to move the goalposts in the middle of the game by shifting from the "fear of economic or official retaliation" standard that was the basis of its original objections to arguing that Plaintiffs must satisfy the highest First Amendment standard reserved for political and religious speech. This Court should reject Reddit's attempt to treat comments

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

boasting of piracy or complaining of RCN's browser hijacking as political or religious speech and order Reddit to disclose the requested information in accordance with the proposed order attached to this Reply Brief.

## II.     ARGUMENT

***A. Discovery had begun in the underlying case at the time Reddit was served a subpoena.***

3.      As stated in the introduction, Reddit's argument that it was served with a subpoena prior to start of discovery is *knowingly* false.  Plaintiffs and RCN (sometimes "Parties") had their Rule 26(f) conference on Nov. 7, 2022.  *See* Decl. of Culpepper at ¶3.  Accordingly, per Rule 26(d)(1), discovery opened on Nov. 7, 2022.  However, during the pretrial conference on Dec. 5, 2022, the Court ordered the Parties to exchange settlement proposals by Dec. 20, 2022 and go forward with discovery if settlement was not feasible.  *See Id.* at ¶4; Ex. "1".   This deadline was extended to the close of business of Jan. 6, 2023 per Defendants' request.  *See* Decl. of Culpepper at ¶5; Ex. "2".  Accordingly, after settlement efforts proved futile, discovery reopened after the close of business on Jan. 6, 2023.  Notably, RCN has not objected to a Request for Production of Documents that was served on it on Jan. 9, 2023 based upon being served prior to the opening of discovery.  *See* Decl. of Culpepper at ¶¶8, 11; Ex. "3"-"4".  Plaintiffs' counsel provided the key exhibits to Reddit after reading its Opposition yet Reddit refused to amend its brief to remove this flagrant falsehood.  *See* Decl. of Culpepper at ¶5; Ex. "6".

***B. The Court should not consider Reddit's new First Amendment standard of its Opposition that diverges starkly from its objections.***

4.      In Reddit's original letter detailing its objections to Plaintiffs' subpoena dated Jan. 17, 2023, it merely cited the lower First Amendment standard of *In re DMCA § 512(h) Subpoena to Twitter, Inc.*, No. 20-mc-80214-VC, 2022 WL 2205476, at *2 (N.D. Cal. June 21, 2022) concerning the ability of its users to speak anonymously without fear of economic or official

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

1  retaliation or concern about social ostracism.  *See* Ex. "2" [Doc. #1-3] at 2-3.  Plaintiffs addressed

2  this concern by pointing out that they would not be seeking to retaliate against these Reddit users

3  by suing them for direct copyright infringement but would rather discuss the comments with the

4  subscribers so that they could use them as evidence in support of their claims and to rebut RCN's

5  defenses.  *See* Memo. [Doc. #1] at p.8, ¶25.  To further underscore this point, there is a Protective

6  Order in this case that limits protected information obtained from nonparties to "be used ***solely***

7  for the purpose of preparation, trial, and appeal o***f this litigation and for no other purpose.***"

8  Second Decl. of Culpepper at ¶24; Ex. "7" (emphasis added).  Should Plaintiffs' motion be

9  granted, Plaintiffs will designate the information obtained from Reddit as protected information.

10 Accordingly, these Reddit users have absolutely no fear of economic or official retaliation or

11 concern about social ostracism.

12 5.  Conceding that Plaintiffs satisfied the lower standard First Amendment standard set forth

13 in the objections, Reddit now shift to arguing that the appropriate standard for disclosure is the

14 "exceptional case" and "compelling need" standard discussed in *Rich v. Butowsky*, No. 20-mc-

15 80081-DMR, 2020 U.S. Dist. LEXIS 185252, at *10, 2020 WL 5910069 (N.D. Cal. Oct. 6, 2020)

16 where this Court adopted the logic of *Doe v. 2TheMart.com Inc.*, 140 F. Supp. 2d 1088, 1095

17 (W.D. Wash. 2001).  *Butowsky* was not mentioned in either Reddit's original letter of Jan. 17

18 detailing its objections or its follow up letter of Feb. 3, 2023.  *See* Ex. "2" [Doc. #1-3] and Ex. "4"

19 [Doc. #1-4].  This shift in First Amendment standard is effectively a new objection.  Courts

20 generally do not consider new objections that were not included in the initial response.  *See Thorpe*

21 *v. Hearn*, No. 2: 19-cv-1974 KJM KJN P, 2022 U.S. Dist. LEXIS 56299, at *11, 2022 WL 902891

22 (E.D. Cal. Mar. 28, 2022)("Defendants are correct that in ruling on a motion to compel, the court

23 generally considers objections timely asserted in the initial response to the discovery request that

24 are reasserted in the opposition"); *Sonnino v. Univ. of Kan. Hosp. Auth.*, 220 F.R.D. 633, 642 (D.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

Kan. 2004) ("When ruling on a motion to compel, a court generally considers only those objections that have been timely asserted in the initial responses to the discovery request and that are subsequently reasserted and relied upon in response to the motion to compel."). Accordingly, the Court should not consider Reddit's new First Amendment standard when evaluating Plaintiffs' Motion because it was not in Reddit's original objection.

**C. *Butowsky* is not relevant to the fact of the present case.**

6.    Moreover, *Butowsky* is not a copyright case but a defamation case and thus not applicable to the present facts. Courts apply a "rigorous or most exacting" standard when the speech is political, religious, or literary. In contrast, commercial speech is afforded less protection. *See In re Anonymous Online Speakers*, 661 F.3d 1168, 1177 (9th Cir. 2011). Courts routinely apply an even lower standard to speech pertaining to copyright infringement because copyright law includes built-in First Amendment accommodations such as the fair use defense that ease the apparent tension between free expression and U.S. copyright law. *See Eldred v. Ashcroft*, 537 U.S. 186, 219, 123 S. Ct. 769, 154 L. Ed. 2d 683 (2003). For example, in *In re DMCA Subpoena to Reddit, Inc.*, this Court noted that applying the anonymous speech approach in the context of a copyright dispute would be "problematic" because "[t]he doctrine of fair use provides everything needed to balance the competing interests of the First Amendment and the copyright laws". *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 882 (N.D. Cal. 2020).

**D. The discovery requested for users "compypaq" and "matt3324" is relevant and proportional to the needs of the case.**

7.    Plaintiff established that the comments from "compypaq" are relevant as evidence that (ii) RCN controls the conduct of its subscribers and monitors its subscribers' access. Reddit argues that Plaintiffs' assertion that compypaq's statement that RCN would remotely reset its modem

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

5

establishes that RCN monitors and controls its subscribers' conduct is "nonsense" and that this is not relevant to a copyright claim. Opp. at 9. However, what does not make sense is Reddit's argument that "unexplained is how a reset modem would "control" subscriber conduct." Id. Common sense dictates that if RCN can remotely reset its customers' modem, it can also remotely *turn off* the customer's modem and stop the customer from sharing pirated content. This bears directly on RCN's denial that it has the ability to monitor or control its subscribers conduct.

8.       Plaintiffs established that the comments from u/matt3324 are relevant as evidence that (ii) RCN controls the conduct of its subscribers and monitors its subscribers' access. Rather than trying to rebut this point, Reddit attempts to distract the Court by raising unnecessary and unproven technical details and arguing "…many ISPs have engaged in [the same conduct] to display advertisements to their customers." Opp. at 13. Plaintiffs' counsel would be laughed out of New Jersey if he argued "many ISPs do it" to refute RCN's denial that it monitored the conduct of its subscribers. Ironically, Reddit relies on a comment (Ex. A-3 at 7) in the same thread as its so-called proof that what matt3324 was discussing was just some type of routine ISP behavior. Plaintiffs object to Reddit's reliance on this comment and the wiki style article https://www.dnsknowledge.com/whatis/nxdomain-non-existent-domain-2/ as impermissible hearsay in violation of FRE 802 and lacking foundation in violation of at least FRE 901.

9.       Reddit argues that a comment that establishes that RCN redirected a user's browser when he attempted to go to a website "has absolutely nothing to do with copyright infringement or piracy." Opp. at 13. However, Plaintiffs never argued that u/matt3324 and u/compypaq engaged in piracy. Rather, Plaintiffs assert that these comments rebut RCN's assertion (by its denial in its Answer) that it could not control the conduct of its subscribers or that it monitored or controlled the conduct of its subscribers. Reddit's argues "DNS hijacking does not demonstrate ever present surveillance or control by an ISP over its users." Opp. at 9. Firstly, Reddit has not proven what

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

6

happened to matt3324 was DNS hijacking. Secondly, and more importantly, Reddit is arguing a false standard. The issue is not "ever present surveillance" but whether RCN *could* control or monitor the conduct of its subscribers. Assuming *arguendo* that RCN was engaged in DNS hijacking, RCN could just as easily use the same approach of DNS hijacking to prevent its customers from accessing certain notorious piracy websites that were identified in notices of RCN's subscribers' piracy.

10.  Lastly, Reddit argues "If DNS re-routing were relevant to establishing ISP notice for purposes of infringement, the entire notice system established by the DMCA would be a nullity.". *Id*. This irrelevant parade of horrible has nothing to do with what Plaintiffs are arguing. Rather, Plaintiffs are merely attempting to prove that Reddit can control or monitor the conduct of its subscribers.

**E.  The discovery requested for user u/ChikaraFan is relevant and proportional to the needs of the case despite being prior to the 3 year statute of limitations.**

11.  Reddit concedes that the comment from ChikaraFan is relevant but argues it is useless because it is outside the three year statute of limitations ("SOL"). *Id*. at 10. Initially, Plaintiffs wish to point out that Reddit's statement that "All of the allegations in the Complaint relate to copyright infringement in 2020" is completely wrong. *Id*. The Oct. 19, 2020 date in paragraph 112 of the Complaint Reddit cites is merely referring to the date *a demand letter was sent to RCN*. *See* Ex. "8" at ¶112. More importantly, Reddit's argument misses the point. As repeatedly emphasized in the opening brief and this reply brief, Plaintiffs are not attempting to assert any liability to ChikaraFan for copyright infringement. Rather, Plaintiffs seek to use this as evidence that (i) RCN did not reasonably implemented a policy for terminating repeat infringers sufficient for a safe harbor affirmative; and (iii) the ability to freely pirate without consequence was a draw to becoming a subscriber of RCN. (i) is for rebutting RCN's safe harbor and (iii) is one of the

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

7

elements for establishing vicarious infringement. Reddit does not even attempt to rebut Plaintiffs' citation of *UMG Recordings, Inc. v. Grande Communs. Networks*, LLC, 2018 U.S. Dist. LEXIS 164761, at *9, 2018 WL 4627276 (W.D. Tex. Sep. 26, 2018) (supporting the position that evidence of an ISP's conduct prior to the 3 year SOL cut-off is relevant evidence). Moreover, the Third Circuit has adopted the discovery rule that tolls the SOL until "the plaintiff discovers, or with due diligence should have discovered, the injury that forms the basis for the claim." *William A. Graham Co. v. Haughey*, 568 F.3d 425, 437 (3d Cir. 2009). Accordingly, Reddit's SOL argument is both incorrect and not applicable.

**F. Plaintiffs propose a means for obtaining relevant evidence from u/SquattingCroat, u/aromaticbotanist, u/ilikepie96mng and u/Griffdog21 only if they are Astound users.**

12. Reddit argues that it is unlikely that users "SquattingCroat", "aromaticbotanist", "ilikepie96mng" and "Griffdog21" were commenting about RCN or an ISP in the Astound family. Initially, Plaintiffs disagree with Reddit's label of these users as "Comcast Users" that gives the mistaken impression that they are Comcast customers. Further, Plaintiffs never represented to Reddit or the Court that the screenshot displayed in Ex. "3" [Doc. #1-4] were how they appeared in the thread. Accordingly, Plaintiffs take exception with Reddit's assertion that the representation in Exhibit "3" is "disingenuous". Opp. at p.6; FN2.

13. However, Reddit has the Internet Protocol ("IP") address logs for these users. Accordingly, this issue of whether these users are Astound customers can be easily put to rest by merely inputting the IP addresses Reddit has for these users into public records such as American Registry of Internet Numbers ("ARIN") to determine if any of these users logged in from an Astound IP address (RCN, Grande, Wave, Entouch, Starpower). *See* Decl. of Culpepper at ¶¶23, 28-29. Plaintiffs made this good faith proposal to Reddit that resolves its concern but it was rejected without any explanation. *See Id.* at ¶25; Ex. "6". Alternatively, if Reddit's position is

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

that it would be a burden for it to merely look up these IP addresses, Plaintiffs' counsel will do it. Reddit can disclose the IP address logs for these users (but not identification information) to Plaintiffs' counsel under the confines of the Attorneys' Eyes Only provision of the Protective Order and he will use ARIN to determine if any of the Astound ISPs are tied to these IP addresses. Then, he can provide Reddit with the particular users who used an Astound IP address so only those users' information would be provided. Plaintiffs request that the Court modify the subpoena to adopt one of these proposals.

**G.  Only Reddit possesses the information Plaintiffs seek.**

14.     As discussed above, Reddit's argument that Plaintiffs "have no idea" what they need because discovery had not begun is completely wrong because discovery had begun. Reddit makes the bizarre argument that Plaintiffs could use an anonymous Reddit comment itself as evidence. Besides lacking foundation (because Plaintiff does not even know who the author of the comment is or if that person has said the comment was true), it would also be hearsay. The present case is completely different from *Doe v. 2themart.com Inc.* where the Court stated that the existence of the messages themselves was sufficient for establishing that they influenced the stock price. *See Doe v. 2themart.com Inc.*, 140 F. Supp. 2d 1088, 1097 (W.D. Wash. 2001). Here Plaintiffs are not trying to prove the *effect* of the messages but that the messages are *true*.

15.     Reddit's third argument that Plaintiffs could interview thousands of RCN customers to obtain evidence that they were drawn to be a customer of RCN due to its lax policies is impractical. Courts have supported secondary liability claims against ISPs because "enforcement against direct infringers is both impractical and improbable." *Sony Music Entm't v. Cox Communs., Inc.*, 426 F. Supp. 3d 217, 235 (E.D. Va. 2019) (citing *MGM Studios Inc. v. Grokster, Ltd.,* 545 U.S. 913, 929-30, 125 S. Ct. 2764, 2776 (2005)). On the other hand, the screenshots such as where ChikaraFan says "RCN seems fairly lax" are right there. Notably, Reddit has the

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

9

information Plaintiffs request in its possession and does not even argue that it has any burden disclosing this information.

**H. Plaintiffs addressed the First Amendment Concerns of the appropriate lower standard for speech pertaining to Copyright Infringement.**

16.     As argued above, the Court should reject Reddit's attempt to shift to a new more rigorous First Amendment standard that diverges from its objections.  Moreover, *Butowsky* or *Doe v. 2TheMart.com Inc.* are not relevant here because this is a copyright case.  Courts apply a "rigorous or most exacting" standard when the speech is political, religious, or literary. *See In re Anonymous Online Speakers*, 661 F.3d 1168, 1177 (9th Cir. 2011).  Courts routinely apply a lower standard to speech pertaining to copyright infringement because it includes built-in First Amendment accommodations such as the fair use defense that ease the apparent tension between free expression and U.S. copyright law. *See Eldred v. Ashcroft*, 537 U.S. 186, 219, 123 S. Ct. 769, 154 L. Ed. 2d 683 (2003).  For example, in *In re DMCA Subpoena to Reddit, Inc.*, 441 F. Supp. 3d 875, 882 (N.D. Cal. 2020), this Court noted that applying the anonymous speech approach in the context of a copyright dispute would be "problematic" because "[t]he doctrine of fair use provides everything needed to balance the competing interests of the First Amendment and the copyright laws".  Reddit's reliance on the irreparable harm standard in the unpublished case of *Art of Living Found. v. Does 1-10*, No. 10–CV–05022–LHK, 2011 WL 5444622, (N.D. Cal. Nov. 9, 2011) is misguided because *Art of Living Found* the Court found that the "anonymous statements that the Art of Living Foundation is basically a cult and a sham is speech on a 'public issue.'" *Art of Living Found. v. Does*, No. 10-CV-05022-LHK, 2011 U.S. Dist. LEXIS 129836, at *17, 2011 WL 5444622 (N.D. Cal. Nov. 9, 2011).  The comments at hand are not about religion or a public issue.  Nor has Reddit made that argument.  Similarly, Reddit's reliance on *Smythe v. Does* is inapplicable because in *Smythe* the Plaintiff provided a "wholly illegible" image that

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

failed to provide "real evidentiary basis" for any of her claims. *Smythe v. Does*, No. 15-mc-80292-LB, 2016 U.S. Dist. LEXIS 1348, at *11, 2016 WL 54125 (N.D. Cal. Jan. 5, 2016). In comparison, Plaintiffs have provided clear screenshots and RCN's motion to dismiss was denied. Assuming *arguendo* that a higher standard applies to *"compypaq" and "matt3324"*, the protective order deals with these concerns.

### III.  CONCLUSION

17.  Accordingly, Plaintiffs pray that this Court grant its motion to compel Reddit to fully respond to the subpoena with the exception of Reddit user "dotsamantha" and in line with one of the alternative proposals discussed above. Plaintiffs have included a modified Order. Plaintiffs request that the Court rule on the papers. However, should the Court decide that oral argument is necessary, Plaintiffs request that oral argument be held by remote means such as Zoom.

DATED:   Kailua Kona, Hawaii,     March 6, 2023.

                         Respectfully submitted,

                         **CULPEPPER IP, LLLC**

                         /s/ Kerry S. Culpepper
                         Kerry S. Culpepper
                         *Attorney for Plaintiffs*
                         Admitted *Pro Hac Vice*

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

11