### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-MC-80037-lb |

### SECOND DECLARATION OF KERRY S. CULPEPPER

KERRY S. CULPEPPER, hereby declares under penalty of law that the following is true and correct:

1. I am an attorney and represent the Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs") in the originating case *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

2. I have personal knowledge of the matters stated herein, and this declaration is given in support of Plaintiffs' REPLY IN SUPPPORT OF THEIR MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA filed herewith.

3. On Nov. 7, 2022, Plaintiffs and Defendants ("Parties") held their Rule 26(f) conference. A dispute arose between Defendants' proposal that discovery be bifurcated into a first stage limited to their safe harbor defense and Plaintiffs' proposal that discovery should proceed as normal. Accordingly, discovery opened on Nov. 7, 2022 per Rule 26(d)(1).

4.  On Dec. 5, 2022, the parties held a telephonic pretrial conference with Magistrate Judge Tonianne J. Bongiovanni. After the parties raised this dispute, she ordered that discovery proceed as normal and she would deal with this issue (bifurcated vs normal discovery) in response to Defendants' objections. She further ordered the parties to first exchange settlement positions by Dec. 20, 2022 before engaging in discovery. I have attached as Exhibit "1" a true and correct copy of a text minute entry for the initial pretrial conference.

5.  On Dec. 20, 2022, Judge Bongiovanni extended the deadline to exchange settlement positions to the close of business of Jan. 6, 2023. I have attached as Exhibit "2" a true and correct copy of the email on behalf of Judge Bongiovanni extending the deadline.

6.  The Parties were unable to settle this matter. Accordingly, discovery reopened on evening of Jan. 6 at earliest or Jan. 7, 2023 at latest per Magistrate Judge Tonianne J. Bongiovanni's Dec. 20, 2022 order.

7.  On Jan. 7, 2023, I served the subpoena on Reddit that is the source of this dispute.

8.  On Jan. 9, 2023, I served a First Request for Production of Documents ("1RPOD") on Defendant. I have attached as Exhibit "3" a true and correct copy of excerpts of 1RPOD. 1RPOD is lengthy so I have only included excerpts necessary to show that it was served on Jan. 9, 2023.

9.  On Jan. 19, 2023, the Court endorsed the Parties' Stipulated Protective Order. I have attached a true and correct copy of the Protective Order as Exhibit "7".

10. On Jan. 26, 2023, the Parties had a further conference with the Court where they discussed the dueling proposals about bifurcation/normal discovery and a dispute about Cable Act authorization. The Court told the Parties to submit their dispute about the Cable Act to her and reiterated that she would deal with the bifurcation/normal discovery dispute by taking up objections to discovery as they come and reiterated that Plaintiffs should proceed with discovery

but hold off on depositions. I have attached as Exhibit "5" a true and accurate copy of the Text minute entry for the Jan. 26 conference. The reference to "Document and interrogatory discovery relevant to all claims and defenses shall commence" was to reiterate that the Parties should go ahead with discovery except depositions.

11.     On Feb. 8, 2023, Defendants served their response to 1RPOD. I have attached as Exhibit "4" a true and correct copy of excerpts of Defendants' response. Defendants' response to 1RPOD is lengthy so I have only included excerpts necessary to show Defendants' general objections and that it was served on Feb. 8, 2023. Defendants did not make any objections to 1RPOD asserting that it had been served prior to opening of discovery.

12.     On. Feb. 13, 2023, I sent a copy of the Protective Order to Reddit's counsel John Roche by email.

13.     I read Reddit's Opposition [Doc. #8] on Feb. 28, 2023 while on an airplane. I nearly fell out of my seat when I read that Reddit was accusing me of having served a subpoena prior to the opening of discovery. I believe if Reddit's counsel had just looked carefully at the Pacer docket entries, they would have easily seen the text entry I have attached as Exhibit "1" that clearly states that discovery begins on Dec. 20, 2022. I believe common professionalism and courtesy required Reddit to at least contact me before making this type of inflammatory accusation in a public document to confirm that the accusation was correct.

14.     Moreover, if Reddit's counsels had contacted me before filing their Opposition to raise their concern about the discovery start date, I would have immediately informed them of the discovery schedule and provided them documents showing that discovery reopened on evening of Jan. 6, 2023.

15.     The motion to compel in this discovery dispute between Plaintiffs and Reddit has been

widely reported in online media sources such as Torrent Freak (https://torrentfreak.com/filmmakers-request-identities-of-reddit-users-to-aid-piracy-lawsuit-230218/) and Ars Technica (https://arstechnica.com/tech-policy/2023/02/reddit-should-have-to-identify-users-who-discussed-piracy-film-studios-tell-court/).  Accordingly, I am concerned that Reddit's false allegation that I disregarded the rules will damage the reputation of my firm and me.

16.     On March 1, 2023, I emailed Reddit's counsels extending them an opportunity to file an amended opposition by the end of that day deleting the argument that I served the subpoena prior to discovery and all references to it, explicitly noting that it was completely false, and extending an apology to Plaintiffs' counsel and the Court for accusing Plaintiffs' counsel of blatantly violating the rules. I attached a copy of Exhibits "1" and "2" to the email.

17.     That same day, Reddit's counsel replied stating "We therefore disagree that any portion of our brief is false and decline your invitation to revise the brief" and referred to the text entry I have attached as Exhibit "5".  I have attached as Exhibit "6' a true and correct copy of this email correspondence between us.

18.     I noticed that TorrentFreak posted an article on March 2, 2023 including Reddit's Opposition that included a comment from Reddit: "…the company informs TorrentFreak that it is committed to protecting our users' privacy" and that it will oppose legal requests when appropriate." Ernesto, "Reddit Asks Court to Protect Users' Anonymity in Third-Party Piracy Lawsuit", Mar. 2, 2023, https://torrentfreak.com/reddit-asks-court-to-protect-users-anonymity-in-third-party-piracy-lawsuit-230302/ [last accessed on March 3, 2023].  This article includes a link to Reddit's opposition. I was surprised that Reddit would take the time to comment to a news article but not correct a clear error in their brief.

19.     I also noticed that Ars Technica posted a follow up article on March 2, 2023 that includes

a link to Reddit's Opposition. *See* John Brodkin, "Reddit tells court: Film studios spewed "nonsense" in demand for users' names", March 2, 2023, https://arstechnica.com/tech-policy/2023/03/reddit-tells-court-film-studios-spewed-nonsense-in-demand-for-users-names/ [last accessed on March 3, 2023].

20.     Accordingly, thousands of people who have read these articles will arrive at the mistaken impression that I flagrantly violated the *Federal Rules of Civil Procedure* based upon Reddit's Opposition brief. My fears about damage to my reputation have been realized.

21.     Reddit includes numerous active forums that openly discuss and support piracy. In some of these forums, Reddit's users even mentioned my name specifically.  Reddit is aware of these comments because I served a subpoena on Reddit in connection with a different case (*Millennium Funding, Inc., et al., v. Wicked Technology Limited, et al.*, No. 1:21-cv-00282-RDA-TCB (E.D. Va.) for these user identities that were violating the permanent injunction to which Reddit responded on July 13, 2022.   For example, in the Reddit forum https://www.reddit.com/r/PopCornTimeApp/ that promotes and distributes the piracy app "Popcorn Time" a Reddit user posted as follows:



22.     I believe Reddit's counsels' false information in its Opposition Brief has causeed professional damage to me.  I strongly suspect Reddit is: (1) retaliating against me for daring to

request information about Reddit's users that openly discussed and promoted piracy for a second time  (2) trying to send a message to any other litigants who are considering requesting similar information from Reddit; and (3) portraying itself as having put up a good fight against copyright holders until it had to be dragged kicking and screaming by a Court to disclose user information. My belief and strong suspicions are based upon the fact that Reddit's counsels refused to amend their opposition despite me sending them clearcut proof that discovery reopened, Reddit's refusal to even consider my alternative proposals that deal with its arguments, and the fact that I had previously served a subpoena on Reddit concerning users that blatantly use (and currently use) Reddit's service to promote piracy.

23. Reddit previously provided information for user "ben125125" that includes Internet Protocol ("IP") address logs.  I was able to use public resources such as American Registry of Internet Numbers ("ARIN") to confirm that this user logged into his/her Reddit account from an IP address associated with RCN.

24. The protective order in this case (which I sent to Reddit's counsel Mr. Roche) is attached as Exhibit "6".  §III, ¶4 of the Protective Order states that "All Protected Information provided by any party or nonparty in the course of this litigation shall be used *solely for the purpose* of preparation, trial, and appeal *of this litigation and **for no other purpose***, and shall not be disclosed except in accordance with the terms hereof." (emphasis added).  As I stated in the opening brief, "Plaintiffs are not seeking to retaliate economically or officially against these subscribers." Doc. #1 at p. 8.  Plaintiffs are willing to designate the information they receive from Reddit as Protected Information.

25. In March 1, 2023, I proposed to Reddit's counsel that since its argument is that I have no proof that its users who that did not mention RCN in particular were users of RCN or an ISP in the

Astound family, that Reddit use publicly available resources to look at the IP address logs for these users and only send me the information for those users that had an IP address tied to an ISP in the Astound group. Reddit rejected this request without explanation. This conversation is also shown in Exhibit "6".

26. Plaintiffs alternatively propose that Reddit initially provide the IP address logs (but not name or email address) of the certain subscribers that did not explicitly mention RCN subject to the HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY designations of the protective order so that Plaintiffs' counsel can use publicly available resources to look at the IP address logs for these users and determining if any of the IP addresses are tied to an ISP in the Astound family. If Plaintiffs' counsel finds such an IP address, he can provide Reddit with printouts of records showing that this users IP addresses were tied to the Astound family, and Reddit can only provide the requested information for those particular users among those that did not mention RCN.

27. I was surprised to read the declaration of Mr. Schottlaender where he states that Reddit did not notify any of the other subscribers besides ben125125. *See* Doc. #9 at ¶7. Reddit's refusal to notify the other subscribers contradicts Mr. Roche's letter of Jan. 17, 2023 where he states, "Assuming all other objections can be resolved, Reddit will not produce any records until the users have received adequate notice and an opportunity to object to the subpoena". Doc. #1-3. Reddit's statement in FN10 that "It was not until it became clear that Plaintiffs intended to litigate this matter that Reddit proceeded with notifying the remaining users" does not make sense because I served a copy of the opening brief on Reddit's counsel on Feb. 5, 2023 prior to filing it in further good faith efforts to resolve the dispute outside of Court. *See* Doc. #1 at p 10 (certificate of service).

28. On Feb. 4, 2023, I navigated to the website

https://www.astound.com/business/news/entouch-acquisition/. According to this website, Astound includes the ISPs RCN, Grande, Wave and Entouch.

29. I am informed that Starpower is a brandname used by RCN for service in Mid-Atlantic states. For example, on Feb. 4, 2023, I navigated to the website https://www.astound.com/wp-content/uploads/2022/05/DC-Senior-Discount-Form.pdf where Astounds advertises as Starpower Communications LLC d/b/a RCN Telecom Services.

30. I have attached as Exhibit "8" a true and accurate copy of two pages of the original complaint in the originating action to show paragraph ¶112. Note a First Amended Complaint was later filed in this originating action, but it included this same allegation.

DATED: Kailua-Kona, Hawaii, Mar. 6, 2023.

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail: kculpepper@culpepperip.com