**Exhibit "1"**

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 3:21-cv-15310-GC-TJB BODYGUARD PRODUCTIONS, INC et al v. RCN TELECOM SERVICES, LLC et al Pretrial Conference - Initial |
| **Date:** | Tuesday, December 6, 2022 10:11:53 AM |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 12/6/2022 at 3:10 PM EST and filed on 12/5/2022

| | |
|---|---|
| **Case Name:** | BODYGUARD PRODUCTIONS, INC et al v. RCN TELECOM SERVICES, LLC et al |
| **Case Number:** | 3:21-cv-15310-GC-TJB |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Text Minute Entry for proceedings held before Magistrate Judge Tonianne J. Bongiovanni: Initial Pretrial Conference held on 12/5/2022. The parties' settlement positions is to be submitted by 12/20/2022. If not ripe for settlement, the parties will propound discovery requests. Substantive objections as well as the parties' position regarding bifurcation to focus on safe harbor defense, to be submitted by 2/2/2023. The discovery schedule will thereafter be addressed. (jem)**

**3:21-cv-15310-GC-TJB Notice has been electronically mailed to:**

EDWARD FREDERICK BEHM     ebehm@atllp.com, gconroy@armstrongteasdale.com, genevieve-conroy-5797@ecf.pacerpro.com, iplitstaff@ArmstrongTeasdale.com

MICHAEL CUKOR     mcukor@mcgearycukor.com, vmcgeary@mcgearycukor.com

**3:21-cv-15310-GC-TJB Notice has been sent by regular U.S. Mail:**