**Exhibit "2"**

## Kerry Culpepper

| | |
|---|---|
| **From:** | NJDdb_ORDERS_Bongiovanni <tjb_orders@njd.uscourts.gov> |
| **Sent:** | Tuesday, December 20, 2022 10:37 AM |
| **To:** | 'Ted Behm'; NJDdb_ORDERS_Bongiovanni |
| **Cc:** | Kerry Culpepper; 'Michael Cukor'; skjohnson_atllp.com; Zachary C. Howenstine |
| **Subject:** | RE: Bodyguard Productions, Inc., et al. v. RCN Telecom Services, LLC, et al. (Civil Action No. 3:21-cv-15310-GC-TJB ) [IWOV-IDOCS.FID4036765] |

Dear Counsel:

Thank you for the email update.  Judge Bongiovanni asked that I respond.  Judge Bongiovanni will grant RCN's request, upon consent, for the parties to submit their respective settlement positions by 1/6/2023. Kindly report back to the Court by the close of business on 1/6/2023.  Thank you and Happy Holidays.

Sincerely,
Dylan Karstadt

---

**From:** Ted Behm <EBehm@atllp.com>
**Sent:** Tuesday, December 20, 2022 3:16 PM
**To:** NJDdb_ORDERS_Bongiovanni <tjb_orders@njd.uscourts.gov>
**Cc:** Kerry Culpepper <kculpepper@culpepperip.com>; 'Michael Cukor' <mcukor@mcgearycukor.com>; skjohnson_atllp.com <skjohnson@atllp.com>; Zachary C. Howenstine <ZHowenstine@atllp.com>
**Subject:** Bodyguard Productions, Inc., et al. v. RCN Telecom Services, LLC, et al. (Civil Action No. 3:21-cv-15310-GC-TJB ) [IWOV-IDOCS.FID4036765]

**CAUTION - EXTERNAL:**

Dear Judge Bongiovanni:

     This firm represents Defendants (collectively, "RCN") in the above-referenced matter.  We are writing in response to the Court's December 6, 2022 Text Order, directing the parties to advise the Court of the parties' settlement positions by today.

     RCN respectfully requests that this deadline be extended to January 6, 2023.  Plaintiffs recently made a new settlement demand in related litigation against an affiliated company, and RCN and its affiliate require additional time to consider that demand and prepare a response.  Holiday schedules are also making this process more time-consuming.  Counsel for Plaintiffs has advised that Plaintiffs do not oppose this extension.

     If settlement appears unlikely, counsel for the parties will meet and confer to determine whether the parties will propose an extension of the current February 2, 2023 deadline to advise the Court of objections to discovery requests and the parties' positions regarding bifurcation.

Respectfully Submitted,

                    */s/ Edward F. Behm, Jr.*
                    Edward F. Behm, Jr.



Armstrong Teasdale LLP
**Edward Behm** | Partner
2005 Market Street, One Commerce Square, 29th Floor, Philadelphia, Pennsylvania 19103
MAIN PHONE: 267.780.2000 | MAIN FAX: 215.405.9070
DIRECT: 267.780.2030 | MOBILE: 215.990.2100
ebehm@atllp.com
www.armstrongteasdale.com

Always exceed expectations through teamwork and excellent client service.

Please consider the environment before printing this email.

**\*\*\*\*\*\*\*\*\*\* PRIVATE AND CONFIDENTIAL\*\*\*\*\*\*\*\*\*\***

**This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.**

**Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.