**Exhibit "3"**

**MCGEARY CUKOR LLC**
Michael Cukor, Esq.
mcukor@mcgearycukor.com
Vincent McGeary
vmcgeary@mcgearycukor.com
7 Dumont Place
Morristown, NJ 07960
(973) 339-7367

**CULPEPPER IP, LLLC**
Kerry S. Culpepper, Pro Hac Vice
kculpepper@culpepperip.com
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawaii 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> RCN TELECOM SERVICES OF MASSACHUSETTS, LLC and RCN TELECOM SERVICES, LLC, <br><br> Defendants. | Civil Action No. 3:21-cv-15310-FLW-TJB <br> Georgette Castner, presiding <br> Tonianne J. Bongiovanni, referral |

**PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS RCN TELECOM SERVICES OF MASSACHUSETTS, LLC AND RCN TELECOM SERVICES, LLC**

Please take notice that pursuant to Rule 34, Federal Rules of Civil Procedure ("FRCP"),

("Plaintiffs") hereby request discovery from Defendants RCN TELECOM SERVICES OF

20-023T

not limited to how soon after nonpayment RCN suspends service to or terminates a customer account.

89. **Request for Production:** Each document that mentions, relates to, or constitutes any communication between Defendants and each of the subscribers related to a piracy notice concerning any such subscriber assigned the IP addresses shown in Exhibits 1-2. \

DATED: Kailua-Kona, Hawaii, Jan. 9, 2023.

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on Jan. 9, 2023, I caused a copy of the foregoing to be served upon the following via email.

ZHowenstine@atllp.com;

ebehm@atllp.com;

RBrophy@atllp.com;

mszewczyk@atllp.com;

skjohnson@atllp.com

CULPEPPER IP, LLLC

*/s/ Kerry S. Culpepper*

Kerry S. Culpepper
Virginia Bar No. 45292
Hawaii Bar No. 9837
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740