**Exhibit "5"**

# Kerry Culpepper

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Friday, January 27, 2023 8:19 AM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 3:21-cv-15310-GC-TJB BODYGUARD PRODUCTIONS, INC et al v. RCN TELECOM SERVICES, LLC et al Telephone Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 1/27/2023 at 1:19 PM EST and filed on 1/26/2023
**Case Name:**     BODYGUARD PRODUCTIONS, INC et al v. RCN TELECOM SERVICES, LLC et al
**Case Number:**   [3:21-cv-15310-GC-TJB](#)
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Text Minute Entry for proceedings held before Magistrate Judge Tonianne J. Bongiovanni: Telephone Conference held on 1/26/2023. Document and interrogatory discovery relevant to all claims and defenses shall commence. The parties are to endeavor to resolve objections. A status update to be submitted by 4/28/2023. The Court will thereafter address the issues of bifurcation of discovery and timing of settlement conference. (jem)**


**3:21-cv-15310-GC-TJB Notice has been electronically mailed to:**

EDWARD FREDERICK BEHM     ebehm@atllp.com, gconroy@armstrongteasdale.com, genevieve-conroy-5797@ecf.pacerpro.com, iplitstaff@ArmstrongTeasdale.com

MICHAEL CUKOR     mcukor@mcgearycukor.com, vmcgeary@mcgearycukor.com

**3:21-cv-15310-GC-TJB Notice has been sent by regular U.S. Mail:**