UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | **ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA** |

**[proposed] ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL THIRD-PARTY REDDIT TO RESPOND TO SUBPOENA**

Before the Court is the Motion of Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and WONDER ONE, LLC ("Plaintiffs") to compel third-party REDDIT, INC. ("Reddit") to fully produce documents in response to Plaintiffs' subpoena pursuant to Fed. R. Civ. P. 26(b)(1), 34(c), 45(d)(2)(i) and Civ L.R. 37. For GOOD CAUSE shown in Plaintiffs' memorandum in support of their Motion and their Reply Brief, Plaintiffs' Motion is hereby GRANTED IN PART. As discussed below, the Court adopts Plaintiffs' modified proposal in their Reply Brief.

Plaintiffs have withdrawn their request for information for the Reddit user "dotsamantha".

Reddit shall serve a response to the subpoena within 5 business days disclosing all the requested information for the users "compypaq", "matt3324" and "ChikaraFan" without any objections to Plaintiffs' counsel. This disclosure shall be treated as protected information to be used solely for the purpose of preparation, trial, and appeal of the litigation in the underlying case and for no other purpose as set forth in the protective order in the underlying case.

Reddit shall provide Plaintiffs' counsel the Internet Protocol ("IP") address logs from

1/1/2016 to present in its possession for the users "SquattingCroat"; "Griffdog21"; "ilikepie96mng" and "aromaticbotanist" within 5 business days without any objections. This disclosure shall be treated as Attorneys' Eyes Only protected information as set forth in the protective order in the underlying case.

Within 5 business days of receiving the IP address logs for Reddit, Plaintiffs' counsel shall provide Reddit with information that shows any of the IP addresses are connected with one of the Internet Service Providers ("ISPs") of the Astound group. Records from the American Registry of Internet Numbers ("ARIN") showing that one or more of the IP addresses associated with a user were assigned to an ISP of the Astound group shall be considered sufficient evidence that the user was referring to an Astound group ISP. Reddit may raise any objections it has to the sufficiency of the information with this Court after meeting and conferring with Plaintiffs' counsel in good faith.

Provided that Reddit has no objections to the sufficiency of the information provided by Plaintiffs' counsel, Reddit shall disclose a response to the subpoena within 5 business days after receiving the information from Plaintiffs' counsel disclosing all the requested information for only the one or more of the users "SquattingCroat"; "Griffdog21"; "ilikepie96mng" and "aromaticbotanist" for which Plaintiffs have provided information that shows at least one of the IP addresses in the IP address log for the particular user is connected to the Astound group within 5 business days without any objections. This disclosure shall be treated as protected information to be used solely for the purpose of preparation, trial, and appeal of this litigation and for no other purpose as set forth in the protective order in the underlying case.

|   |   |
|---|---|
| 1 | |
| 2 | Failure to comply with this Order may result in a finding of contempt of Court against |
| 3 | Reddit, pursuant to Fed. R. Civ. P. 45(g). |

Entered and dated at _____, California, this \_\_\_\_ day of _____, 2023.

BY THE COURT: