UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC,* No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| *In re Subpoena to:*<br>*Reddit, Inc.* | Case No. 3:23-MC-80037-lb<br><br>**REDDIT, INC.'S CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), Reddit, Inc. voluntarily **consents** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. Reddit, Inc., understands that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

Dated: March 7, 2023.

*/s/ Hayden M. Schottlaender*
Julie E. Schwartz, CA Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101
Telephone: +1. 206.359.8000
Facsimile: +1.206.359.9000

161263062.1

- 2 -

Hayden M. Schottlaender
*Admitted Pro Hac Vice*
Texas Bar No. 24098391
PERKINS COIE LLP
500 N. Akard Street, Suite 3300
Dallas, TX 75201
Telephone: 214.965.7700
Facsimile: 214.965.7799

Michael C. Bleicher
CA Bar No. 313892
MBleicher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

***Attorneys for Respondent***
***REDDIT, INC***.