Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
5515 Pacific St., #2954
Rocklin, CA 95677
Tel: 650-735-2137
Fax: 202-204-5181
tobi@clintonfirm.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**Originating Case:** *Bodyguard Productions, Inc., et al., v. RCN Telecom Services of Massachusetts, LLC, et al.*, No. 3:21-cv-15310 (D.N.J.)

| | |
|---|---|
| In re Subpoena to:<br><br>Reddit, Inc. | Case No.: 3:23-mc-80037-LB<br>Hearing Date: April 27, 2023<br>Time: 2:00 PM<br>Place: Zoom<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT EXHIBIT "1" AS SUPPLEMENTAL MATERIAL; INCORPORATED DECLARATION OF KERRY S. CULPEPPER** |

**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT EXHIBIT "1" AS SUPPLEMENTAL MATERIAL AND INCORPORATED DECLARATION OF KERRY S. CULPEPPER**

Plaintiffs AFTER II MOVIE, LLC, BODYGUARD PRODUCTIONS, INC., HITMAN TWO PRODUCTIONS, INC., KILLING LINK DISTRIBUTION, LLC, LHF PRODUCTIONS, INC., MILLENNIUM FUNDING, INC., MILLENNIUM IP, INC., MILLENNIUM MEDIA, INC., MON, LLC, NIKOLA PRODUCTIONS, INC., OUTPOST PRODUCTIONS, INC., RAMBO V PRODUCTIONS, INC., VENICE PI, LLC, VOLTAGE HOLDINGS, LLC, and

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

WONDER ONE, LLC ("Plaintiffs"), by and through their counsel, pursuant to Civ L.R. 7.3(d), move for leave to submit attached Exhibit "1" as supplemental evidence.

During today's hearing, particular attention was paid to the comment by ChikaraFan. Plaintiffs' counsel asserted that this comment was made in a thread about RCN's policy concerning (not) sending infringement notices from rightsholders to customers.  Plaintiffs' counsel believes that the full thread will allow the Court to appreciate the complete context of the comment by ChikaraFan.

Accordingly, Plaintiffs respectfully request that this Court grant their motion for leave and enter and consider attached Exhibit "1" in its decision on the motion to compel.

The undersigned attempted to meet and confer with Reddit's counsels by sending a copy of Exhibit "1" by email to Reddit's counsels and leaving voicemails with Hayden Schottlaender and Julie Schwartz.  As of the time of filing, Reddit's counsels have not responded.  Due to the time sensitive matter of the situation (a decision forthcoming), Plaintiffs' counsel cannot wait any further.

I hereby declares under penalty of law that the attached Exhibit "1" is a true and correct copy of the website https://www.reddit.com/r/cordcutters/comments/29zv1f/rcn_and_copyright_letters/ as it appeared on April 27, 2023.

DATED:         Kailua Kona, Hawaii,         April 27, 2023.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-kona,
Hawaii 96740
(808) 464-4047

2

*Attorney for Plaintiffs*
Admitted *Pro Hac Vice*

Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona,
Hawaii 96740
(808) 464-4047

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that by the methods of service noted below, a true and correct copy of the foregoing was served to the following at below date(s):

<u>via email to:</u>
Hayden Schottlaender <HSchottlaender@perkinscoie.com>
Julie Schwartz <JSchwartz@perkinscoie.com>;
John K. Roche<JRoche@perkinscoie.com>

DATED:        Kailua-Kona, Hawaii, April 27, 2023.


                                    */s/ Kerry S. Culpepper*
                                    Kerry S. Culpepper, pro hac vice
                                    *Attorney for Plaintiffs*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4