# Exhibit "1"



  

Search Community Get app Log In

r/cordcutters
by Dark__Defender 9 yr. ago

# RCN and Copyright Letters

Considering RCN for my next ISP and I am wondering if any of you that have RCN get copyright infringement emails from torrent monitors.

Archived post. New comments cannot be posted and votes cannot be cast.

11 3 Share

Sort by: Best 3 comments

**[deleted]** • 9 yr. ago

This is going to be incredibly easy. If you plan on using public trackers such as pirate bay, kick ass torrents etc. GET A VPN SERVICE!!!!!!!!!!!!!!!!! As long as you use a VPN you will have no issues. Personally I use Private Internet Access (PIA) .

2 Reply Share ...

**Kysersoze79** • 9 yr. ago

I'll echo the group.

Either get on a private** torrent site, or use protection when using public torrent sites (ie, a VPN)

** Private here means something you need to get invited to, something that isn't a soft target like PB & KA, so the swarm is much less likely to being monitored by torrents monitors.

1 Reply Share ...

**ChikaraFan** • 9 yr. ago

Seems extremely rare if ever. RCN seems fairly lax...no data caps. I looked up before I switched and had little trouble.

1 Reply Share ...

**[deleted]** • 9 yr. ago

Log In

## More posts you may like


r/cordcutters · 3 days ago

### Peacock Streaming Deal

153 upvotes · 118 comments

---


r/cordcutters · 18 days ago

### Hulu and Disney+

111 upvotes · 24 comments

---


r/cordcutters · 24 days ago

### What are you thoughts on Pluto TV, compared to other streaming services?

135 upvotes · 138 comments

---


r/cordcutters · 15 days ago

### New HBO Max 4K plan to be $5 more expensive



131 upvotes · 102 comments

---


r/cordcutters · 26 days ago

### CNET's recommendations for which streaming services to keep or cancel for April based on new TV shows and movies arriving on each platform



166 upvotes · 30 comments

---

r/cordcutters · 6 days ago

### Dumped Comcast internet for T-mobile, did not disappoint.

145 upvotes · 57 comments

---

r/cordcutters · 13 days ago

### Good Athletic article on MLB discussion of removing blackouts if the acquire local RSNs.

126 upvotes · 63 comments

4/27/23, 11:53 AM        Case 3:23-mc-80037-LB   Document 22-1   Filed 04/27/23   Page 4 of 6
                                         RCN and Copyright Letters : cordcutters

                                                    

https://www.reddit.com/r/cordcutters/comments/29zv1f/rcn_and_copyright_letters/                                      3/5

Case 3:23-mc-80037-LB   Document 22-1   Filed 04/27/23   Page 5 of 6





Case 3:23-mc-80037-LB    Document 22-1    Filed 04/27/23    Page 6 of 6

RCN and Copyright Letters : cordcutters



